Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12879−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Douglas Thompson Jr.                            Wanda Thompson
   1 Knox Blvd                                            1 Knox Blvd
   Neptune, NJ 07753                           Neptune, NJ 07753

Social Security No.:
   xxx−xx−0733                                        xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 4/10/19
Time:               10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 13, 2019
JAN: vpm

                                                                                Jeanne Naughton
                                                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12879-KCF
Douglas Thompson, Jr.                                                     Chapter 13
Wanda Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 13, 2019
                              Form ID: 132             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
```
db/jdb         +Douglas Thompson, Jr.,    Wanda Thompson,    1 Knox Blvd,    Neptune, NJ 07753-3626
518023312      +AES/PHEAA,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1419
518023313      +AES/PHEAA,    1112 7th Ave,    Monroe, WI 53566-1364
518023318      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518023319      +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
518023321      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518023320      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518023322       Beneficial Bank,    1818 Beneficial Bank Place,    Philadelphia, PA 19103
518023325      +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
518023332       Ditech Financial,    2100 East Elliot Road,    Bld 94,    Tempe, AZ 85284-1806
518023333      +First Atlantic Feder,    100 Monmouth Park,    West Long Branch, NJ 07764-1462
518023335      +First Credit Services,    377 Hoes Lane,    Piscataway, NJ 08854-4155
518023334      +First Credit Services,    Attn: Bankruptcy,    Po Box 55  3 Sciles Ave,
                 Piscataway, NJ 08855-0055
518023336       Hackensack Meridian,    PO Box 650292,    Dallas, TX 75265-0292
518023339       Jersey Shore Anesthesia Associates, PA,    PO Box 307,    Neptune, NJ 07754-0307
518023340      +Jersey Shore CT&V,    234 Industrial Way West,    Suite A103,    Eatontown, NJ 07724-4257
518023343      +LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
518023344      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
518023345      +Michael Harrison, Esq.,    3155 Route 10 East, Suite 112,    Denville, NJ 07834-3430
518023347      +Monmouth County Postal,    171 Broad St,    Red Bank, NJ 07701-2099
518023348      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518023349      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518023351      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518023350      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518023353      +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
518023352      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
518023354      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518023356      +Universal Fidelity Corp.,    PO Box 219129,    Houston, TX 77218-9129
518023357      +University Radiology,    PO Box 1075,    East Brunswick, NJ 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 00:46:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 00:46:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518023314      +E-mail/Text: bkrpt@retrievalmasters.com Feb 14 2019 00:46:20      AMCA,    4 Westchester Plaza,
                 Suite 110,    Elmsford, NY 10523-1615
518023316       E-mail/Text: ebn@americollect.com Feb 14 2019 00:46:34      Americollect,    PO Box 1566,
                 Manitowoc, WI 54221-1566
518023315       E-mail/Text: ebn@americollect.com Feb 14 2019 00:46:34      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
518023324      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:56:45      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518023323      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:56:45      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518023326      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2019 00:45:41
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
518023327      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2019 00:45:41
                 Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
518023329      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 14 2019 00:55:28      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518023328      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 14 2019 00:55:29      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518023331       E-mail/Text: mrdiscen@discover.com Feb 14 2019 00:44:50      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
518023330      +E-mail/Text: mrdiscen@discover.com Feb 14 2019 00:44:50      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518023337      +E-mail/Text: bankruptcies@halstedfinancial.com Feb 14 2019 00:47:29
                 Halstead Financial Services,    PO Box 828,    Skokie, IL 60076-0828
518023338       E-mail/Text: cio.bncmail@irs.gov Feb 14 2019 00:45:09      Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518023341      +E-mail/Text: bncnotices@becket-lee.com Feb 14 2019 00:44:54      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518023342      +E-mail/Text: bncnotices@becket-lee.com Feb 14 2019 00:44:54      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518023346      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2019 00:46:21      Midland Credit Management,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
518023355      +E-mail/Text: bankruptcydepartment@tsico.com Feb 14 2019 00:47:24      Transworld Systems, Inc,
                 PO Box 15618,    Dept 51,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 19
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 13, 2019
                              Form ID: 132             Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518023317*   ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court:   Americollect,    Po Box 1566,    Manitowoc, WI 54221)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Wanda   Thompson bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Douglas   Thompson, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                            TOTAL: 4
```