# We BUY, SELL or TRADE!! Any Vehicle.
## ★ ★ ★ USED CAR APPRAISAL FORM ★ ★ ★

**LP MOTORS**

945 Cedar Bridge Ave
Brick, NJ 08725
732-202-6877
leonardperrymotors.net

## Customer Info:

Name: WANDA THOMPSON
Address: 1 KNOX BLVD NEPTUNE NJ 07753
Phone: 732 768 7714
email: WANDA68@optonline.net

## Vehicle Info:

VIN#: 1C3CCBCB2CN308277
Miles: 87,729
Payoff Amount $: 

**BOOK VALUE** $ 4850 00/100    Comments: AVERAGE NADA TRADE.

**REPAIRS NEEDED** $ 800—    BODY WORK = Both Bumpers.

**+ or −** $ N/A    N/A

**ADJUSTED VALUE** $ 4050—

**LEONARD PERRY OFFER** $ 3,500 00/100

★ ★ ★ We Will Buy Your Car for This Amount. ★ ★ ★
Offer Good for 7 Days!

Appraisal Date: _____




# Your AutoCheck Vehicle History Report

Report run: 04/05/2019 11:16:29 EDT



**2012 Chrysler 200 Limited**
Sedan 4D (2.4L I4 SMPI)

**VIN:** 1C3CCBCB2CN308277
**Class:** Mid Range Car - Lower
**Country of Assembly:** United States
**Vehicle Age:** 7 year(s)

**This vehicle is eligible for Buyback Protection**



Due to the vehicle's history showing no reported major state title brands. Click here for terms and conditions and to register your vehicle.

## YOUR VEHICLE AT A GLANCE



75 BELOW — 81 AUTOCHECK SCORE — 85 ABOVE

**This vehicle's AutoCheck Score: 81**

Other comparable 2012 vehicles in the Mid Range Car - Lower typically score between 75-85.

The AutoCheck Score is based on a vehicle's history such as vehicle class and age, number of owners, accident and damage history, title brands, odometer readings etc. This score is used to compare vehicle's favorability against the entire market of vehicles with the same scoring system.

- ✓ No State Title Brand Reported
- ⓘ Accident Reported (1)
  No Air Bag Deployed
- ✓ No Other Damage Reported
- ⓘ Other Title Brand or Specific Event Reported
- ✓ No Odometer Problem(s) Reported
- ⓘ Open Recall(s) Reported (2)



**ONE OWNER**
Calculated Owners: 1

## N.A.D.A. Official Used Car Guide
### Friday, April 5, 2019
### Vehicle Summary NADA Values

**Region:** Eastern - 04/01/2019

**Reference #:**

**Vehicle Description:** 2012 CHRYSLER 200-4 Cyl. Sedan 4D Limited

**VIN:** 1C3CCBCB2CN308277

**MSRP:** $24,070

**Weight:** 0

**Mileage:** 87729

|  | Rough Trade-In | Avg Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Value** | $3,625 | $4,550 | $5,300 | $4,775 | $7,275 |
| **Optional Equipment** | | | | | |
| Power Seat | w/body | w/body | w/body | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body | w/body | w/body | w/body |
| **Option Total** | $0 | $0 | $0 | $0 | $0 |
| **Mileage Adjustment** | $300 | $300 | $300 | $300 | $300 |
| **Total NADA Official Used Car Guide Value** | $3,925 | $4,850 | $5,600 | $5,075 | $7,575 |

**Leonard Perry Motors**
945 Cedar Bridge Ave, Brick, NJ 08723
(732) 202-6877

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.