# We BUY, SELL or TRADE!! Any Vehicle.
## ★ ★ ★ USED CAR APPRAISAL FORM ★ ★ ★



**LP MOTORS**

945 Cedar Bridge Ave
Brick, NJ 08725
732-202-6877
leonardperrymotors.net

### Customer Info:
Name: WANDA Thompson
Address: 1 Knox Blvd Neptune NJ
Phone: 732-768-7714
email: WANDA68@optonline.net

### Vehicle Info:
VIN#: 396910
Miles: 80,701
Payoff Amount $

| | | Comments |
|---|---|---|
| **BOOK VALUE** | $ 11,800 | NADA AVERAGE TRADE |
| **REPAIRS NEEDED** | $ | Great Condition |
| **+ or –** | $ 1850 | $1350 mileage Add / $500 Good Color (Pearl White) |
| **ADJUSTED VALUE** | $ 13,650 | NADA VALUE |
| **LEONARD PERRY OFFER** | $ 13,500.00 | |

★ ★ ★ We Will Buy Your Car for This Amount. ★ ★ ★
Offer Good for 7 Days!

Appraisal Date: 4/5/2019




# Your AutoCheck Vehicle History Report
Report run: 04/05/2019 14:35:52 EDT



**2012 BMW 7 Series 750xi / Alpina B7**
Sedan 4D (4.4L V8 DI)

| | |
|---|---|
| VIN: | WBAKC6C57CC396910 |
| Class: | Upscale - Premium |
| Country of Assembly: | Germany |
| Vehicle Age: | 7 year(s) |

**This vehicle is eligible for Buyback Protection**

Due to the vehicle's history showing no reported major state title brands. Click here for terms and conditions and to register your vehicle.

## YOUR VEHICLE AT A GLANCE



82 BELOW — 92 AUTOCHECK SCORE — 89 ABOVE

**This vehicle's AutoCheck Score: 92**

Other comparable 2012 vehicles in the Upscale - Premium typically score between 82-89.

The AutoCheck Score is based on a vehicle's history such as vehicle class and age, number of owners, accident and damage history, title brands, odometer readings etc. This score is used to compare vehicle's favorability against the entire market of vehicles with the same scoring system.

- ✓ No State Title Brand Reported
- ✓ No Accident Reported / No Air Bag Deployed
- ✓ No Other Damage Reported
- ⓘ Other Title Brand or Specific Event Reported
- ✓ No Odometer Problem(s) Reported
- ✓ No Open Recall(s) Reported
- ⓘ Inspection Information Reported



**MULTIPLE OWNERS**

Calculated Owners: 2

# MANHEIM MARKET REPORT  April 05, 2019 US Edition

## 2012 B M W 7 SERIES 4D SEDAN 750I XDRIVE
WBAKC6C57CC396910

### MMR

**BASE**
$11,800

**ADJUSTMENTS**
Odometer
80,000 mi | +$900

Region
--

AutoGrade
--

Ext Color
--

**ADJUSTED**
$12,700

Avg Odo (mi): 87,067
Avg Cond: 3.7

Typical Range
$7,850 - $15,750

$7,850   $11,800   $15,750



Numbers may not add exactly due to rounding

**Transactions**  Showing 8 of 8    Filter   Export

| Date ▾ | Price | Odo (mi) | Cond | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 4/3/19 | $12,900 | 97,083 | 4.6 | 8GT/A | Gray | Regular | Midwest | Milwaukee |
| 3/29/19 | $17,900 | 58,335 | 4.4 | 8GT/A | Blue | Regular | Northeast | Pennsylvania |
| 3/20/19 | $11,500 | 79,315 | 4.4 | 8GT/A | Black | Lease | West Coast | Utah |
| 2/28/19 | $10,000 | 90,714 | 3.2 | 8GT/A | Black | Regular | Southwest | Denver |
| 2/20/19 | $8,900* | 145,071 | 3.5 | 8GT/A | Black | Regular | Northeast | New Jersey |
| 2/19/19 | $7,800 | 120,277 | 2.7 | 8GT/A | Blue | Lease | Northeast | New England |
| 2/14/19 | $16,500 | 62,978 | -- | 8G/A | Gray | Regular | Northeast | New Jersey |
| 2/14/19 | $8,000 | 100,764 | 2.6 | 8GT/A | Gray | Lease | Midwest | Milwaukee |

Showing 8 of 8
* Transactions not in sample
Condition Reports from AutoGrade

## Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| $14,100 | $14,750 | $14,850 |
| 78,244 mi | 89,104 mi | 105,534 mi |

https://mmr.manheim.com/?WT.svl=m_uni_hdr_buy&country=US&mid=201200600193414&mileage=80000&popup=true&source=man&vin=WBAKC6...   1/2

# N.A.D.A. Official Used Car Guide
## Friday, April 5, 2019
## Vehicle Summary NADA Values

**Region:** Eastern - 04/01/2019

**Reference #:**

**Vehicle Description:** 2012 BMW
7 Series Sedan 4D 750xi AWD

**VIN:** WBAKC6C57CC396910

**MSRP:** $87,300

**Weight:** 4718

**Mileage:** 80668

|  | Rough Trade-In | Avg Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base Value | $9,475 | $11,800 | $13,775 | $12,400 | $17,700 |
| Optional Equipment |  |  |  |  |  |
| Option Total | $0 | $0 | $0 | $0 | $0 |
| Mileage Adjustment | $1,350 | $1,350 | $1,350 | $1,350 | $1,350 |
| Total NADA Official Used Car Guide Value | $10,825 | $13,150 | $15,125 | $13,750 | $19,050 |

**Leonard Perry Motors**
945 Cedar Bridge Ave, Brick, NJ 08723
(732) 202-6877

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.