

PROPERTY DAMAGE APPRAISERS

# Condition Report

| Date: 5/1/2019 Property Condition: Repairable | Loss Recap for Repairable |
|---|---|
| **Assignment Number** | Damage Appraisal..$507.53<br>Percent of ACV........ 7.81 %<br>Deductible..............$0.00<br>Total.....................$507.53<br>Approximate ACV...$6,495.29 |

| Office: | |
|---|---|
| PDAEastern Jersey, NJ #244<br>Post Office Box 670<br>Point Pleasant, NJ 08742<br>Phone: 732-836-0336<br>Fax: 732-836-0338 | Insurance Company:<br>GM FINANCIAL - C-BILL<br>Adjuster: Jodi Loyd |

| Assignment Received: 4/30/2019 | Date of Loss: |
|---|---|
| Date of First Contact: 4/30/2019 | Date of Inspection: 5/1/2019 |

Inspection Location:
1 KNOX BLVD NEPTUNE, NJ 07753

| Vehicle/Owner Information: | Repair Facility: |
|---|---|
| Insured: Wanda and Douglas Thompson<br>Vehicle: 2013 Chrysler 200<br>VIN #: 1C3CCBCB2CN308277 | None Specified |

## Loss Recap

| | |
|---|---|
| Estimated Amount of Open Damages: $0.00 | Recommendation: Repairable |
| Estimated Salvage Value: $0.00 | Primary Damage: Right Front Corner |
| Repair Facility Estimate Amount: $0.00 | Secondary Damage: Left Rear Corner |
| | Damage Appraisal: $507.53 |

Claim #:

Policy #:

| Agreed Scope of Damage: No<br>Days to Repair: 4<br>Appearance Allowance: No | Betterment/Depreciation: No<br>Applicable: No<br>Reason: | Tow Charges: $0.00<br>Storage Rate Per Day / Total: N/A | Direction to Pay: No<br>Drivable: Yes |
|---|---|---|---|

| Condition Summary | |
|---|---|

Interior: Average
Paint: Average

Engine:
Mileage: 89359

**Tire Information:**
Size:
Type:

Tread Depth(In 32nd's):
LF:0  RF: 0
LR:0  RR: 0
Spare:0

**Request Number:**
Instant Value: $0.00
Salvage Moved: No

**Stock Number:**
Salvage Bids Obtained: Yes

| | ACV Method: TLV |
|---|---|
| Avg Book Value: | $7,044.97 |
| Avg Market Survey: | $6,960.67 |
| Avg Lines 1 & 2: | $7,002.82 |
| Total Adjustments: | ($507.53) |
| Suggested ACV: | $6,495.29 |
| (Tax Rate: 6.625 %) : | $430.31 |
| Grand Total: | $6,925.60 |

Special Equipment:
_____
Approx Cost of Special
Equipment: $0.00

| Remarks | Open Items |
|---|---|
| I inspected this 2013 Chrysler 200 at the owner's residence for a market valuation only... this vehicle is not a total loss. I have written and attached an estimate for minor damage to the front and rear bumper covers as it will be deducted from the value. TLV, comps, damage estimate and salvage bids attached.<br>Paint Comments:<br>None | |

Copyright 2013 by Property Damage Appraisers Incorporated. This program, including style and format, is protected by Copyright and all rights are reserved.
The use of this program is strictly prohibited without the written consent and permission of Property Damage Appraisers, Inc.

Salvage Bids:

| Company | Contact | Phone Number | Amount |
|---------|---------|--------------|--------|
| All American | Bobby | (732) 574-1945 | $2,500.00 |
| El&M | Dave | (609) 418-5518 | $1,200.00 |
| Trilenium | Jr | (732) 591-0006 | $1,500.00 |

Market Survey:

| Company | Contact | Phone Number | Amount |
|---------|---------|--------------|--------|
| Huntington Hoda | Sales | (631) 419-7386 | $6,888.00 |
| Auto Headquarters | Sales | (732) 391-1694 | $6,999.00 |
| Nora Auto Sales | Sales | (336) 485-4391 | $6,995.00 |

Book Calculations:

| Option Description | Dual Source Value Amount |
|--------------------|--------------------------|
| Base Book | $7,044.97 |
| **Total** | $7,044.97 |

Copyright 2013 by Property Damage Appraisers Incorporated. This program, including style and format, is protected by Copyright and all rights are reserved.
The use of this program is strictly prohibited without the written consent and permission of Property Damage Appraisers, Inc.

Date:  5/ 1/2019 05:29 PM
Estimate ID:  2449040172
Estimate Version:  0
Committed
Profile ID:  * PDA Eastern Jersey

# PROPERTY DAMAGE APPRAISERS (PDA EASTERN JERSEY)

P.O. BOX 670, PT PLEASANT, NJ  08742
(732) 836-0336
Fax:  (732) 836-0338
Email:  pdaeasternjersey@pdaorg.net

\* Not An Authorization For Repair \*
Read disclaimers following appraisal calculations.

Damage Assessed By:  RICK PRYOR
Classification:

Appraised For:  Jodi Loyd

Condition Code:  Good
Date of Loss:  4/30/2019
Contact Date:  4/30/2019
Deductible:  0.00
File Number:
Claim Number:

Type of Loss:  Collision
Arrival Date:  5/ 1/2019
Accident Date:  4/30/2019

Insured:  Wanda and Douglas Thompson
Owner:  Wanda and Douglas Thompson
Address:  1 Knox Blvd, Neptune, NJ  07753

Mitchell Service:  911391

Description:  2012 Chrysler 200 Limited
Body Style:  4D Sed
VIN:  1C3CCBCB2CN308277
Mileage:  89,359
OEM/ALT:  A
Parts Profile:  Eastern Jersey
Color:  BLACK
Options:  PASSENGER AIRBAG, POWER DRIVER SEAT, POWER LOCK, POWER WINDOW, POWER STEERING
REAR WINDOW DEFOGGER, AIR CONDITION, CRUISE CONTROL, TILT STEERING COLUMN
AM/FM STEREO, DRIVER AIRBAG, HEATED EXTERIOR MIRROR, LEATHER SEAT
FRONT SIDE AIRBAG WITH HEAD PROTECTION, ANTI-LOCK BRAKE SYS., TRACTION CONTROL
FOG LIGHTS, ALUM/ALLOY WHEELS, REMOTE IGNITION, TIRE INFLATION/PRESSURE MONITOR
ANTI-THEFT SYSTEM, AUXILIARY INPUT, BLUETOOTH WIRELESS CONNECTIVITY, HARD DRIVE
LEATHER STEERING WHEEL, SATELLITE RADIO, CD PLAYER
POWER ADJUSTABLE EXTERIOR MIRROR, AUTO AIR CONDITION, TRIP COMPUTER
FIRST ROW BUCKET SEAT, UNIVERSAL GARAGE DOOR OPENER, SIDE AIRBAGS
AUTOMATIC HEADLIGHTS, SECOND ROW SIDE AIRBAG WITH HEAD PROTECTION
INTERIOR AUTOMATIC DAY/NIGHT OR ELECTROCHROMATIC MIRROR, MP3 PLAYER
DRIVER SEAT WITH POWER LUMBAR SUPPORT, ELECTRONIC STABILITY CONTROL
FRONT HEATED SEATS, KEYLESS ENTRY SYSTEM, REAR BENCH SEAT
STEERING WHEEL AUDIO CONTROLS

Vehicle Production Date:  7/12
Drive Train:  2.4L Inj 4 Cyl 6A FWD
License:

Parts Profile Version:  2

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 100586 | BDY | REPAIR | Frt Bumper Cover | Existing | | 1.0*# |
| 2 | | | | ***ESTIMATE FOR VALUATION PURPOSES ONLY*** | | | |
| 3 | | REF | REFINISH/REPAIR | Frt Bumper Cover | | | C 1.5* |
| 4 | | | | MODIFIED REFINISH WITH FULL CLEAR COAT | | | |
| 5 | 100253 | BDY | REPAIR | Rear Upr Bumper Cover | Existing | | 1.0* |
| 6 | | REF | REFINISH/REPAIR | Rear Upr Bumper Cover | | | C 1.5* |
| 7 | | | | MODIFIED REFINISH WITH FULL CLEAR COAT | | | |

ESTIMATE RECALL NUMBER: 05/01/2019 16:57:39  2449040172
Mitchell Data Version:OEM:  APR_19_V    Alternate Parts: 05/01/2019 16:53:14
Copyright (C) 1994 - 2019 Mitchell International
Software Version:  7.1.235                    All Rights Reserved

Page 1  of  3

Date: 5/ 1/2019 05:29 PM
Estimate ID: 2449040172
Estimate Version: 0
Committed
Profile ID: * PDA Eastern Jersey
1.7
141.00 *

| 8 | AUTO | REF | ADD'L OPR | Clear Coat |
| 9 | AUTO | | ADD'L COST | Paint/Materials |

\* - Judgment Item
\# - Labor Note Applies
C - Included in Clear Coat Calc

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | Amount |
|---|---|---|---|---|---|---|---|---|
| Body | 2.0 | 50.00 | 0.00 | 0.00 | 100.00 | T | | |
| Refinish | 4.7 | 50.00 | 0.00 | 0.00 | 235.00 | T | Total Replacement Parts Amount | 0.00 |
| | | Taxable Labor | | | 335.00 | | | |
| | | Labor Tax | @ 6.625 % | | 22.19 | | | |
| Labor Summary | 6.7 | | | | 357.19 | | | |

| III. Additional Costs | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|
| Taxable Costs | | 141.00 | Insurance Deductible | 0.00 |
| Sales Tax | @ 6.625% | 9.34 | | |
| Total Additional Costs | | 150.34 | Customer Responsibility | 0.00 |

Paint Material Method: Rates
Init Rate = 30.00  , Init Max Hours = 99.9, Addl Rate = 0.00

| | | | |
|---|---|---|---|
| I. | Total Labor: | | 357.19 |
| II. | Total Replacement Parts: | | 0.00 |
| III. | Total Additional Costs: | | 150.34 |
| | Gross Total: | | 507.53 |
| IV. | Total Adjustments: | | 0.00 |
| | Net Total: | | 507.53 |

Point(s) of Impact
16 Non-Collision (P)

Insurance Co:  GM FINANCIAL - C-BILL
ARLINGTON, TX 76096
Work Phone:  (877) 203-5536

Inspection Site:  OWNER'S RESIDENCE
Address:  1 KNOX BLVD
NEPTUNE, NJ 07753

Inspection Date:  5/ 1/2019

ESTIMATE RECALL NUMBER: 05/01/2019 16:57:39  2449040172
Mitchell Data Version: OEM_APR_19_V    Alternate Parts: 05/01/2019 16:53:14
Copyright (C) 1994 - 2019 Mitchell International
Software Version:    7.1.235              All Rights Reserved

Date:      5/ 1/2019 05:29 PM
Estimate ID:  2449040172
Estimate Version:  0
Committed
Profile ID:  * PDA Eastern Jersey

*************************    Notice    *****************************
This is not an authorization for repair. All costs of repairs are the
sole responsibility of the vehicle owner, who must authorize all
repairs. Failure to deliver a copy of this appraisal to the repair
shop by the vehicle owner may result in out of pocket expense to the
vehicle owner. Providing a copy of this appraisal is not an acceptance
of coverage or liability and all issues of coverage or liability
areto be determined by the insurance carrier
*************************    Notice    *****************************
Deductibles may or may not be addressed or included in this
appraisal.If applicable, the repairer should collect the deductible
from the vehicle owner prior to the release of the repaired vehicle.

*  *   *  *   *  *   * Supplement Procedure Notice *   *  *   *  *   *  *
If requesting a supplement please send email w/the PDA 10 digit file
number located on the upper right corner first page of the estimate.
Please include vehicle year, make and model, vehicle owner and
supplemental items requested to:    pdaeasternjersey@pdaorg.net
All supplements will need to be approved by the carrier prior to
inspection.


*******************************Notice*********************************
*This appraisal is subject to the complete review and approval by the
assigning insurance company to assure accuracy, cost effectiveness,
and that accepted industry repair standards are met. The insurance
company listed has the right to accept or reject any part or all of
this appraisal or make any changes they feel necessary.

"Any person who knowingly files a statement of claim containing any
false or misleading information is subject to criminal and civil
penalties."

ESTIMATE RECALL NUMBER: 05/01/2019 16:57:39  2449040172
Mitchell Data VersionOEM: APR_19_V    Alternate Parts: 05/01/2019 16:53:14
                        Copyright (C) 1994 - 2019 Mitchell International
Software Version:     7.1.235                All Rights Reserved                    Page 3  of  3

Date:    5/ 1/2019 05:29 PM
Estimate ID:    2449040172
Estimate Version:    0
Committed
Profile ID:   * PDA Eastern Jersey

# Itemized Totals

**I.  Labor Subtotals**

| | Units | Rate | Totals |
|---|---|---|---|
| Body | 2.0 | 50.00 | 100.00 T |
| Repair | 2.0 | " | 100.00 |
| | | | |
| Refinish | 4.7 | 50.00 | 235.00 T |
| Refinish/Repair | 3.0 | " | 150.00 |
| Additional Operation | 1.7 | " | 85.00 |
| | | | |
| Taxable Labor | | | 335.00 |
| Labor Tax    @  6.625 % | | | 22.19 |
| | | | |
| Labor Summary   6.7 | | | 357.19 |

**II.  Part Replacement Summary**                     Amount

Total Replacement Parts Amount          0.00

**III.  Additional Costs**

| | | Amount |
|---|---|---|
| Taxable Costs | | 141.00 |
| Sales Tax     @   6.625% | | 9.34 |
| | | |
| Total Additional Costs | | 150.34 |

Paint Material Method: Rates

**IV.  Adjustments**                     Amount

Insurance Deductible          0.00

Customer Responsibility          0.00

| | | | |
|---|---|---|---|
| I. | Total Labor: | | 357.19 |
| II. | Total Replacement Parts: | | 0.00 |
| III. | Total Additional Costs: | | 150.34 |
| | Gross Total: | | 507.53 |
| | | | |
| IV. | Total Adjustments: | | 0.00 |
| | Net Total: | | 507.53 |

ESTIMATE RECALL NUMBER:  05/01/2019 16:57:39  2449040172
Mitchell Data Version OEM:  APR_19_V      Alternate Parts: 05/01/2019 16:53:14
Copyright (C) 1994 - 2019 Mitchell International
All Rights Reserved
Software Version:     7.1.235

**Review Results: Passed**

Owner: Wanda and Douglas Thompson, Claim #449077726
Vehicle: 2012 Chrysler, 200                                                                                    Page 1 of 1
Profile: 1 PDA Standard Version: 27

Estimate lines

| Line | Severity | | Description | | Actual | Guideline | Override | Notes |
|------|----------|--|-------------|--|--------|-----------|----------|-------|
| | | Estimate lines Passed | | | | | | |

Profile (rates, taxes, amounts)

| Line | Severity | | Description | | Actual | Guideline | Override | Notes |
|------|----------|--|-------------|--|--------|-----------|----------|-------|
| | | Profile items Passed | | | | | | |

Administrative Information

| Line | Severity | | Description | | Actual | Guideline | Override | Notes |
|------|----------|--|-------------|--|--------|-----------|----------|-------|
| | | Admin items Passed | | | | | | |

Compliance Utility Version 4.5.0.0

Home(/) / Used Cars (/Cars/forsale) / Chrysler 200 (/Cars/Used-Chrysler-200) / 2013 Chrysler 200 FWD - $6,888
/ Keansburg, NJ (/Cars/l-Used-2013-Chrysler-200-Keansburg-c23445_L21867)

FEATURED
$6,888    $5,995    $5,295    $7,...

← All results

# 2013 Chrysler 200 Touring Sedan FWD - $6,888

Huntington, NY · 48 miles away

Save ♡

Send to Phone 📱

Print 🖨
(/Cars/inventorylisting/viewPrintableDeal.action?inventoryListing=232402142&distance=&zip=07734&searchZip=07734)

Email ✉

### FAIR DEAL

| BELOW MARKET | DEALER RATING | EST. PAYMENT* |
|---|---|---|
| $417 ❍ | ★★★★★ | 📱 $129 |
| | Read 20 reviews | Payment Calculator |

We're Online    💬 Chat

Contact Dealer    (631) 419-7386

Hi, my name is [First Name] [Last Name] and
I'm interested in this ▾ 2013 Chrysler
200. I'm in the [07734] area. You can reach me by email at
[Email Address] or phone at
[123-456-7890 (optional)]
Thank you!

➕ add comments

☐ Email me price drops and new listings for my search

Send Message

By clicking "Send Message" or "Chat" I agree to receive calls and text messages via autodial. This consent does not require me to buy anything. I also agree to the Terms of Use (/Cars/TermsOfUse.html) and acknowledge the Privacy Policy (/Cars/privacyPolicy.html). Standard message and data rates may apply.

Advertisements

## Huntington Honda (/Cars/lan-Huntington-Honda-sp314523)
www.huntingtonhondacars.com (/Cars/Link?url=https...
 f (/Cars/Link?url=https%3A%2F%2Fwww.facebook.com%2FHuntingtonHonda&hmac=1FE062249B02CFFB0B3C5C60837359391CD5E1DF)
 🐦 (/Cars/Link?url=https%3A%2F%2Ftwitter.com%2FHuntHondaLi&hmac=E84FD56C2692A18E565CE7F0D19CC6F518E5D56)

🕐 Today 9:00 AM - 9:00 PM (Open Now)
📱 (631) 419-7386
🏠 1055 E Jericho Tpke
Huntington, NY 11743
📍 Map & Directions
🔍 View Inventory (/Cars/m-Huntington-Honda-sp314523)

Pre-qualify for financing with no impact to your credit score.
(/Cars/Link?url=https%3A%2F%2Fgoto.capitalone.com%2Fc%2F1306464%2F520461%2F2F84

## Negotiation

◈ **Selling slowly** ⓘ
74 days on CarGurus
2 saves ♥

▮▮▮ **Price History**
Price dropped by $1,000

| ORIGINAL | LOW | HIGH | CURRENT |
|---|---|---|---|
| $7,888 | $6,888 | $7,888 | $6,888 |

Show Price History

Price may exclude certain taxes, fees, and/or charges.

## Vehicle History

 **Title Check**
No issues reported

 **Accident Check**
No issues reported

 **3 Owners**

 **Rental Use** ⓘ

Save 20% on the full AutoCheck Vehicle History Report
(https://www.cargurus.com/Cars/experian/buyAutoCheckReport.action?
inventoryListingId=232402142&placement=Detail)

Check for open recalls (/Cars/Link?
url=https%3A%2F%2Fwww.nhtsa.gov%2Frecalls%3Fvin%3D1C3CCBBB7DN7

Vehicle history data provided by Experian AutoCheck on Apr 15, 2019. This data, and any reliance on it, is
subject to the AutoCheck Terms and Conditions and the Terms of Use.

0094A7EC75F6F8333)

## Listing Summary

| | |
|---|---|
| **Dealer's Price:** | $6,888 |
| **Location:** | Huntington, NY · 48 miles away |
| **Mileage:** | 88,127 miles |
| **Transmission:** | 6-Speed Automatic |
| **Exterior Color:** | Bright White |
| **Interior Color:** | Black |
| **Gas Mileage:** | 20 MPG City |
| | 31 MPG Highway |
| **Engine:** | I4 |
| **Drivetrain:** | Front-Wheel Drive |
| **VIN:** | 1C3CCBBB7DN734355 |
| **Stock #:** | U48487 |
| **Major Options:** | Aluminum Wheels, Quick Order Package |

## Dealer's Description

### Additional Information

Quick Order Package 26U,6 Speakers,AM/FM radio: SIRIUS,
CD player,MP3 decoder,Radio data system,Radio: Uconnect
130 AM/FM/CD/MP3,Air Conditioning,Automatic
temperature control,Rear window defroster,Power driver
seat,Power steering,Power windows,Remote keyless entry,
Steering wheel mounted audio controls,Four wheel
independent suspension,Traction control,4-Wheel Disc
Brakes,ABS brakes,Anti-whiplash front head restraints,Dual
front impact airbags,Dual front side impact airbags,Front
anti-roll bar,Low tire pressure warning,Overhead airbag,Rear
anti-roll bar,Brake assist,Electronic Stability Control,Delay-
off headlights,Fully automatic headlights,Panic alarm,
Security system,Speed control,Bumpers: body-color,Heated
door mirrors,Power door mirrors,Brake/Park Interlock,
Compass,Driver door bin,Driver vanity mirror,Front reading

Email me price drops and new listings for these search results.

| Email |
|---|

Subscribe

By clicking "Subscribe," you agree to our *Privacy Policy (/Cars/privacyPolicy.html)*

and *Terms of Use (/Cars/TermsOfUse.html)*.

## Dealer Reviews
★★★★★ Based on 20 reviews

Read 20 reviews

[ Add Your Review ]

❓ All reviewers have been verified to have contacted this dealer – *Learn More
(/Cars/AboutDealerReviews.html)*

## Estimated Payment*

# $129 /mo

Vehicle Price: $6,888
60 months | 4.4% APR

○ Estimate my APR    I know my APR

CREDIT SCORE ❓

Good (749 - 700)    ▼

LOAN TERM & ESTIMATED APR ❓

| 36 mo | 48 mo | 60 mo | 72 mo | 84 mo |
|---|---|---|---|---|
| 4.4% APR | 4.4% APR | 4.4% APR | 4.4% APR | 4.4% APR |

DOWN PAYMENT    TRADE-IN VALUE

$0    $0

VEHICLE PRICE    SALES TAX

$6,888    0%

*Estimated payments are for informational purposes only and don't account
for acquisition fees, destination charges, tax, title, and other fees and
incentives or represent a financing offer or guarantee of credit from the seller.*

Posted price reflects full cash price.

Vehicle information is provided by the seller or other third parties; CarGurus is not responsible for the
accuracy of such information.

Are you the seller of this listing? Make a correction. (/Cars/dealer/home.action?
caseType=PROBLEM&serviceProvider=3145236&subject=Correction%20for%20listing%3A%201C3CC8BB7DN734355&message=Please%20provide%20the%20information%20below%3A%0A-
%0A%0AMake%2FModel%2FYear%2FTrim%3A%20%0APrice%3A%20%0AMileage%3A%20%0AAdditional%20Details%3A%20%0A%0A-
---------------------------------%0AListing%20URL%3A%20%2FCars%2FI-Used-2013-
Chrysler-200-Touring-Sedan-FWD-t44321%23listing%3D232402142%0A)

## Used Chrysler 200 By Year

| Vehicle | Deals | Starting Price | Total Available |
|---|---|---|---|
| 2017 Chrysler 200 (/Cars/l-Used-2017-Chrysler-200-c26071) | 4 Great Deals | $9,988 | 265 listings |

| | Deals | Starting Price | Total Available |
|---|---|---|---|
| [2016 Chrysler 200](/Cars/l-Used-2016-Chrysler-200-c25035) | 29 Great Deals | $6,491 | 1,795 listings |
| [2015 Chrysler 200](/Cars/l-Used-2015-Chrysler-200-c24309) | 82 Great Deals | $5,499 | 3,186 listings |
| [2014 Chrysler 200](/Cars/l-Used-2014-Chrysler-200-c24094) | 24 Great Deals | $3,500 | 605 listings |
| [2013 Chrysler 200](/Cars/l-Used-2013-Chrysler-200-c23445) | 38 Great Deals | $2,999 | 1,122 listings |
| [2012 Chrysler 200](/Cars/l-Used-2012-Chrysler-200-c23019) | 20 Great Deals | $2,950 | 814 listings |
| [2011 Chrysler 200](/Cars/l-Used-2011-Chrysler-200-c22772) | 13 Great Deals | $2,990 | 425 listings |

## Similar Cars

[Chrysler 300 For Sale](/Cars/l-Used-Chrysler-300-d165)
360 Great Deals out of 19,090 listings starting at $1,899

[Dodge Charger For Sale](/Cars/l-Used-Dodge-Charger-d733)
310 Great Deals out of 26,667 listings starting at $1,500

[Chevrolet Malibu For Sale](/Cars/l-Used-Chevrolet-Malibu-d522)
693 Great Deals out of 48,556 listings starting at $1,499

## Broader Searches

[Chrysler 200 For Sale](/Cars/l-Used-Chrysler-200-d2106)
210 Great Deals out of 8,212 listings starting at $2,950

[Chrysler 200 Limited Sedan FWD For Sale](/Cars/l-Used-Chrysler-200-Limited-Sedan-FWD-t39278)
82 Great Deals out of 3,332 listings starting at $3,795

[Chrysler 200 Touring Sedan FWD For Sale](/Cars/l-Used-Chrysler-200-Touring-Sedan-FWD-t39279)
33 Great Deals out of 1,056 listings starting at $2,990

[Chrysler 200 LX Sedan FWD For Sale](/Cars/l-Used-Chrysler-200-LX-Sedan-FWD-t39277)
18 Great Deals out of 833 listings starting at $2,950

[Chrysler 200 Touring Convertible FWD For Sale](/Cars/l-Used-Chrysler-200-Touring-Convertible-FWD-t39284)
5 Great Deals out of 142 listings starting at $3,200

[Chrysler 200 Limited Convertible FWD For Sale](/Cars/l-Used-Chrysler-200-Limited-Convertible-FWD-t41274)
3 Great Deals out of 100 listings starting at $5,800

[Chrysler 200 S Convertible FWD For Sale](/Cars/l-Used-Chrysler-200-S-Convertible-FWD-t39336)
3 Great Deals out of 41 listings starting at $5,999

## Certified Used Chrysler 200 By Year

[2017 Chrysler 200](https://www.cargurus.com/Cars/cl-Certified-2017-Chrysler-200-c26071)
23 listings starting at $9,988

[2016 Chrysler 200](https://www.cargurus.com/Cars/cl-Certified-2016-Chrysler-200-c25035)
180 listings starting at $6,491

[2015 Chrysler 200](https://www.cargurus.com/Cars/cl-Certified-2015-Chrysler-200-c24309)
151 listings starting at $5,499

[2014 Chrysler 200](https://www.cargurus.com/Cars/cl-Certified-2014-Chrysler-200-c24094)
8 listings starting at $3,500

## Used Chrysler 200 By City

[Chrysler 200 in New Brunswick NJ](/Cars/l-Used-2013-Chrysler-200-New-Brunswick-c23445_L22273)
21 listings starting at $5,295

[Chrysler 200 in New York NY](/Cars/l-Used-2013-Chrysler-200-New-York-c23445_L22938)
13 listings starting at $5,295

[Chrysler 200 in Toms River NJ](/Cars/l-Used-2013-Chrysler-200-Toms-River-c23445_L22211)
41 listings starting at $5,295

[Chrysler 200 in Trenton NJ](/Cars/l-Used-2013-Chrysler-200-Trenton-c23445_L22190)
25 listings starting at $5,299

[Chrysler 200 in Stamford CT](/Cars/l-Used-2013-Chrysler-200-Stamford-c23445_L4722)
11 listings starting at $5,295

[Chrysler 200 in Holtsville NY](/Cars/l-Used-2013-Chrysler-200-Holtsville-c23445_L22935)
6 listings starting at $5,600

[Chrysler 200 in Philadelphia PA](/Cars/l-Used-2013-Chrysler-200-Philadelphia-c23445_L30895)
22 listings starting at $5,299

[Chrysler 200 in Allentown PA](/Cars/l-Used-2013-Chrysler-200-Allentown-c23445_L30540)
18 listings starting at $3,995

[Chrysler 200 in Newburgh NY](/Cars/l-Used-2013-Chrysler-200-Newburgh-c23445_L23573)
30 listings starting at $3,995

f  𝕏  ⓟ  ▶  ⓘ  in

## Company

About CarGurus (/Cars/aboutCargurus.html)

Our Team

Press

Investor Relations (https://investors.cargurus.com/)

Price Trends (/Cars/price-trends/)

Mobile (/Cars/mobile.html)

Blog (https://blog.cargurus.com)

Careers

For Dealers

Dealer Signup (/Cars/dealer/signup?pid=footerLink)

Dealer Resources (https://dealercenter.cargurus.com/)

Terms

Terms of Use

Privacy

Interest-Based Ads

Help

Help

Contact Us

🌐 English ⌃       United States ⌃

© 2019 CarGurus, Inc., All Rights Reserved.

Home (/) / Used Cars (/Cars/forsale) / Chrysler 200 (/Cars/I-Used-2013-Chrysler-200-c23445) / Keansburg, NJ (/Cars/I-Used-2013-Chrysler-200-Keansburg-c23445_L21867)

() ◄

| $6,888 | $5,995 | $12,996 | $6,999 | $5,495 | $5,350 | $7, |

()

◄ All results

# 2013 Chrysler 200 Touring Sedan FWD - $6,999

Lakewood, NJ · 25 miles away

Save ♡

Send to Phone 📱

Print 🖨
(/Cars/inventorylisting/viewPrintableDeal.action?inventoryListing=239398795&distance=&zip=07734&searchZip=07734)

Email ✉



**FAIR DEAL**

BELOW MARKET $95 ❶ ()

DEALER RATING ★★★★★ Read 16 reviews

EST. PAYMENT* 📋 $131 Payment Calculator

We're Online       💬 Chat

Contact Dealer       (732) 391-1694

Hi, my name is [First Name] [Last Name] and I'm interested in this 2013 Chrysler 200. I'm in the [07734] area. You can reach me by email at [Email Address] or phone at [123-456-7890 (optional)].

Thank you!

+ add comments

☐ Email me price drops and new listings for my search

Send Message

By clicking "Send Message" or "Chat" I agree to receive calls and text messages about vehicles from the dealer selling this car at the number provided (including via autodial). This consent does not require me to buy anything. I also agree to the Terms of Use (/Cars/TermsOfUse.html) and acknowledge the Privacy Policy (/Cars/privacyPolicy.html). Standard message and data rates may apply.

Advertisements

**Auto Headquarters** (/Cars/Ian-Auto-Headquarters-sp350075)
www.autoheadquartersnj.com (/Cars/Link?url=http%...)
📱 (732) 391-1694
🏠 1220 Rt 88
Lakewood, NJ 08701
📍 Map & Directions
🔍 View Inventory (/Cars/m-Auto-Headquarters-sp350075)

## Negotiation

 0 days on CarGurus No saves ♡

 No price changes

Pre-qualify for financing with no impact to your credit score.

(/Cars/Link?url=https%3A%2F%2Fgoto.capitalone.com%2Fc%2F1306464%2F520461%2F84

## Vehicle History

 **Title Check** No issues reported

 **Accident Check** No issues reported

 2 Owners

 Rental Use ⓘ

Save 20% on the full AutoCheck Vehicle History Report

(https://www.cargurus.com/Cars/ex... AutoCheckRepo...tion=
inventoryListingId=239398795&placement=Detail)

Vehicle history data provided by Experian AutoCheck on Apr 30, 2019. This data, and any reliance on it, is
subject to the AutoCheck Terms and Conditions and the Terms of Use.

## Listing Summary

| | |
|---|---|
| **Dealer's Price:** | $6,999 |
| **Location:** | Lakewood, NJ · 25 miles away |
| **Mileage:** | 93,147 miles |
| **Transmission:** | 4-Speed Automatic |
| **Exterior Color:** | Black |
| **Interior Color:** | Gray |
| **Gas Mileage:** | 21 MPG City<br>29 MPG Highway |
| **Engine:** | I4 |
| **Drivetrain:** | Front-Wheel Drive |
| **VIN:** | 1C3CCBBB8DN732677 |
| **Stock #:** | AHQ732677 |

## Dealer's Description

***** CLEAN CAR FAX HISTORY ***** TOURING MODEL ***** FULL POWER ***** FACTORY ALLOYS ****** FACTORY CD ***** COLD A/C ***** RUNS AND DRIVES GREAT ***** GREAT ON GAS ***** GREAT FIRST CAR OR COMMUTER WEAPON *****

Financing available for as Low as 2.99%. AUTO HEADQUARTERS is a Name that our locals have learned to rely on during our over 15 years in the business. All our cars go through a thorough Inspection by our 20+ year Experienced Mechanics. We have amazing Low Prices on Our inventory and keep the motto of a haggle free dealership. (Prices are Non-Negotiable)... Compare our Prices to other dealerships and see how great our prices really are! The price listed in the ad is the price you pay. No hidden fees like a

**Email me price drops and new listings for these search results.**

Email

Subscribe

By clicking "Subscribe," you agree to our *Privacy Policy (/Cars/privacyPolicy.html)*

and *Terms of Use (/Cars/TermsOfUse.html)*.

## Dealer Reviews

★★★★★ Based on 16 reviews

Read 16 reviews

Add Your Review

All reviewers have been verified to have contacted this dealer – *Learn More (/Cars/AboutDealerReviews.html)*

## Estimated Payment*

# $131 /mo

Vehicle Price: $6,999
60 months | 4.4% APR

○ Estimate my APR   ○ I know my APR

CREDIT SCORE ❶

Good (749 - 700)                                            ▾

LOAN TERM & ESTIMATED APR ❶

| 36 mo | 48 mo | 60 mo | 72 mo | 84 mo |
|-------|-------|-------|-------|-------|
| 4.4% APR | 4.4% APR | 4.4% APR | 4.4% APR | 4.4% APR |

DOWN PAYMENT                    TRADE-IN VALUE

$0                             $0

VEHICLE PRICE                  SALES TAX

$6,999                         0%

*Estimated payments are for informational purposes only and don't account
for acquisition fees, destination charges, tax, title, and other fees and
incentives or represent a financing offer or guarantee of credit from the seller.

Vehicle information is provided by the seller or other third parties; CarGurus is not responsible for the
accuracy of such information.

Are you the seller of this listing? Make a correction. (/Cars/dealer/home.action?
caseType=PROBLEM&serviceProvider=3500756&subject=Correction%20for%20listing%3A%201C3CCBBB8DN732677&message=Please%20provide%20the%20information%20below%3A%0A-
---------------------------------------------------------
%0AMake%2FModel%2FYear%2FTrim%3A%20%0APrice%3A%20%0AMileage%3A%20%0AAdditional%20Details%3A%20%0A%0A-
---------------------------------------------------------%0AListing%20URL%3A%20%2FCars%2Fl-Used-2013-
Chrysler-200-Touring-Sedan-FWD-t44321%23listing%3D239398795%0A)

## Used Chrysler 200 By Year

| Vehicle | Deals | Starting Price | Total Available |
|---------|-------|----------------|-----------------|
| 2017 Chrysler 200 (/Cars/l-Used-2017-Chrysler-200-c26071) | 4 Great Deals | $9,988 | 265 listings |
| 2016 Chrysler 200 (/Cars/l-Used-2016-Chrysler-200-c25035) | 29 Great Deals | $6,491 | 1,795 listings |
| 2015 Chrysler 200 (/Cars/l-Used-2015-Chrysler-200-c24309) | 82 Great Deals | $5,499 | 3,186 listings |
| 2014 Chrysler 200 (/Cars/l-Used-2014-Chrysler-200-c24094) | 24 Great Deals | $3,500 | 605 listings |
| 2013 Chrysler 200 (/Cars/l-Used-2013-Chrysler-200-c23445) | 38 Great Deals | $2,999 | 1,122 listings |
| 2012 Chrysler 200 (/Cars/l-Used-2012-Chrysler-200-c23019) | 20 Great Deals | $2,950 | 814 listings |
| 2011 Chrysler 200 (/Cars/l-Used-2011-Chrysler-200-c22772) | 13 Great Deals | $2,990 | 425 listings |

## Similar Cars

Chrysler 300 For Sale (/Cars/l-Used-Chrysler-300-d165)
360 Great Deals out of 19,090 listings starting at $1,899

Dodge Charger For Sale (/Cars/l-Used-Dodge-Charger-d733)
310 Great Deals out of 26,667 listings starting at $1,500

Chevrolet Malibu For Sale (/Cars/l-Used-Chevrolet-Malibu-d622)
693 Great Deals out of 48,556 listings starting at $1,499

## Broader Searches

Chrysler 200 For Sale (/Cars/l-Used-Chrysler-200-d2106)
210 Great Deals out of 8,212 listings starting at $2,950

Chrysler 200 Limited Sedan FWD For Sale (/Cars/l-Used-
Chrysler-200-Limited-Sedan-FWD-l39278)
82 Great Deals out of 3,332 listings starting at $3,795

Chrysler 200 Touring Sedan FWD For Sale (/Cars/l-Used-
Chrysler-200-Touring-Sedan-FWD-l39285)
33 Great Deals out of 1,056 listings starting at $2,990

Chrysler 200 LX Sedan FWD For Sale (/Cars/l-Used-Chrysler-
200-LX-Sedan-FWD-l39277)
18 Great Deals out of 833 listings starting at $2,950

Chrysler 200 Touring Convertible FWD For Sale (/Cars/l-Used-
Chrysler-200-Touring-Convertible-FWD-l39284)
5 Great Deals out of 142 listings starting at $3,200

Chrysler 200 Limited Convertible FWD For Sale (/Cars/l-Used-
Chrysler-200-Limited-Convertible-FWD-l41274)
3 Great Deals out of 100 listings starting at $5,800

Chrysler 200 S Convertible FWD For Sale (/Cars/l-Used-
Chrysler-200-S-Convertible-FWD-l39336)
3 Great Deals out of 41 listings starting at $5,999

### Certified Used Chrysler 200 By Year

2017 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2017-Chrysler-200-c26071)
23 listings starting at $9,988

2016 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2016-Chrysler-200-c25035)
180 listings starting at $8,491

2015 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2015-Chrysler-200-c24309)
151 listings starting at $5,499

2014 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2014-Chrysler-200-c24094)
8 listings starting at $3,500

### Used Chrysler 200 By City

Chrysler 200 in New Brunswick NJ (/Cars/l-Used-2013-
Chrysler-200-New-Brunswick-c23445_L22273)
21 listings starting at $5,295

Chrysler 200 in New York NY (/Cars/l-Used-2013-Chrysler-
200-New-York-c23445_L22938)
13 listings starting at $5,295

Chrysler 200 in Toms River NJ (/Cars/l-Used-2013-Chrysler-
200-Toms-River-c23445_L22211)
41 listings starting at $5,295

Chrysler 200 in Trenton NJ (/Cars/l-Used-2013-Chrysler-200-
Trenton-c23445_L22190)
25 listings starting at $5,299

Chrysler 200 in Stamford CT (/Cars/l-Used-2013-Chrysler-200-
Stamford-c23445_L4722)
11 listings starting at $5,295

Chrysler 200 in Holtsville NY (/Cars/l-Used-2013-Chrysler-200-
Holtsville-c23445_L22935)
6 listings starting at $5,600

Chrysler 200 in Philadelphia PA (/Cars/l-Used-2013-Chrysler-
200-Philadelphia-c23445_L30895)
22 listings starting at $5,299

Chrysler 200 in Allentown PA (/Cars/l-Used-2013-Chrysler-
200-Allentown-c23445_L30540)
18 listings starting at $3,995

Chrysler 200 in Newburgh NY (/Cars/l-Used-2013-Chrysler-
200-Newburgh-c23445_L23573)
30 listings starting at $3,995

## Company

About CarGurus (/Cars/aboutCargurus.html)

Our Team

Press

Investor Relations (https://investors.cargurus.com/)

Price Trends (/Cars/price-trends/)

Mobile (/Cars/mobile.html)

Blog (https://blog.cargurus.com)

Careers

## For Dealers

Dealer Signup (/Cars/dealer/signup?pid=footerLink)

Dealer Resources (https://dealercenter.cargurus.com/)

## Terms

Terms of Use

Privacy

Interest-Based Ads

## Help

Help

Contact Us

🌐 English ⌃         United States ⌃

© 2019 CarGurus, Inc., All Rights Reserved.

5/1/2019   Home (/)   Used Cars (/Cars/forsale)   /   Chrysler 200 (/Cars/l-Used-Chrysler-200-c11067)   2013 Chrysler 200 (/Cars/l-Used-2013-Chrysler-200-c23445)   /   2013 Chrysler 200 Touring Sedan FWD - $6,995

/   Keansburg, NJ (/Cars/l-Used-2013-Chrysler-200-Keansburg-c23445_L21867)

FEATURED   FEATURED   FEATURED

$7,490   $6,995   $7,490   $6,777   $6.

← All results

# 2013 Chrysler 200 Touring Sedan FWD - $6,995

Greensboro, NC · 426 miles away

Save
♡

Send to Phone
▯

Print
🖨
(/Cars/inventorylisting/viewPrintableDeal.action?
inventoryListing=237260008&distance=&zip=07734&searchZip=07734)

Email
✉

## FAIR DEAL

BELOW MARKET   DEALER RATING   EST. PAYMENT*
$358 🛈 ()   ★★★★★   $131
Read 18 reviews   Payment Calculator

We're Online   💬 Chat

### Contact Dealer   (336) 485-4391

Hi, my name is First Name Last Name and

I'm interested in this ▾ 2013 Chrysler 200. I'm in the 07734 area. You can reach me by email at

Email Address or phone at

123-456-7890 (optional)

Thank you!

+ add comments

☐ Email me price drops and new listings for my search

By clicking "Send Message" or "Chat" I agree to receive calls and text messages about vehicles from the dealer selling this car at the number provided (including via autodial). This consent does not require me to buy anything. I also agree to the Terms of Use (/Cars/TermsOfUse.html) and acknowledge the Privacy Policy (/Cars/privacy.Policy.html). Standard message and data rates may apply.

Advertisements

Nora Auto Sales (/Cars/lan-Nora-Auto-Sales-sp332209)
www.noraautosales.com (/Cars/Link?url=http%3A%2...
f (/Cars/Link?url=https%3A%2F%2Fwww.facebook.com%2Fnoraautosales.com-199102746856664%2F&hmac=6ECCC6CD5E1BA16F6A4F9E76B130439DEF692B56)
🐦 (/Cars/Link?url=https%3A%2F%2Ftwitter.com%2FNoraAutoSale1&hmac=7299E4B20CC3B7661696C39E09A4FE629733F33B)

Nora Auto Sales

🕐 Today 9:00 AM - 6:00 PM (Open Now)
📞 (336) 485-4391
🏠 3203 Summit Ave
Greensboro, NC 27405
📍 Map & Directions
🔍 View Inventory (/Cars/m-Nora-Auto-Sales-sp332209)

## Negotiation

◉ 24 days on CarGurus
13 saves ♥

⦿ No price changes

Pre-qualify for financing
with no impact to your
credit score.

(/Cars/Link?
url=https%3A%2F%2Fgoto.capitalone.com%2Fc%2F1306464%2F520461%2F2F84

## Vehicle History

✓ Title Check
No issues reported

🚗 Accident Check
No issues reported

👥 4 Owners

♧ Fleet 🛈

Save 20% on the full AutoCheck Vehicle History Report
(https://www.cargurus.com/Cars/experian/buyAutoCheckReport.action?
inventoryListingId=237260008&placement=Detail)

Vehicle history data provided by Experian AutoCheck on Apr 6, 2019. This data, and any reliance on it, is
subject to the AutoCheck Terms and Conditions and the Terms of Use.

## Listing Summary

| | |
|---|---|
| **Dealer's Price:** | $6,995 |
| **Location:** | Greensboro, NC · 426 miles away |
| **Mileage:** | 89,866 miles |
| **Transmission:** | 6-Speed Automatic |
| **Exterior Color:** | White |
| **Interior Color:** | Black |
| **Gas Mileage:** | 20 MPG City |
| | 31 MPG Highway |
| **Engine:** | I4 |
| **Drivetrain:** | Front-Wheel Drive |
| **VIN:** | 1C3CCBBB9DN676281 |
| **Stock #:** | 676281 |
| **Major Options:** | Bluetooth, Alloy Wheels |

## Dealer's Description

### Additional Information

4-Cyl PZEV 2.4 Liter,Automatic 6-Spd w/AutoStick,FWD,
Traction Control,Stability Control,ABS (4-Wheel),Anti-Theft
System,Keyless Entry,Air Conditioning,Power Windows,Power
Door Locks,Cruise Control,Power Steering,Tilt & Telescoping
Wheel,AM/FM Stereo,CD/MP3 (Single Disc),SiriusXM Satellite,
Bluetooth Wireless,UConnect,Dual Air Bags,Side Air Bags,F&R
Head Curtain Air Bags,Heated Seats,Power Seat,Alloy Wheels,

**Email me price drops and new listings for these search results.**

| Email |
| --- |

Subscribe

By clicking "Subscribe," you agree to our *Privacy Policy (/Cars/privacyPolicy.html)*

and *Terms of Use (/Cars/TermsOfUse.html)*.

## Dealer Reviews
★★★★★ Based on 18 reviews                    Read 18 reviews

Add Your Review

❶ All reviewers have been verified to have contacted this dealer – *Learn More
(/Cars/AboutDealerReviews.html)*

## Estimated Payment*

# $131 /mo

Vehicle Price: $6,995
60 months | 4.4% APR

○ Estimate my APR    ○ I know my APR

CREDIT SCORE ⓘ

Good (749 - 700)    ▾

LOAN TERM & ESTIMATED APR ⓘ

| 36 mo | 48 mo | 60 mo | 72 mo | 84 mo |
|-------|-------|-------|-------|-------|
| 4.4% APR | 4.4% APR | 4.4% APR | 4.4% APR | 4.4% APR |

DOWN PAYMENT

$0

TRADE-IN VALUE

$0

VEHICLE PRICE

$6,995

SALES TAX

0%

*Estimated payments are for informational purposes only and don't account
for acquisition fees, destination charges, tax, title, and other fees and
incentives or represent a financing offer or guarantee of credit from the seller.

Vehicle information is provided by the seller or other third parties; CarGurus is not responsible for the
accuracy of such information.

Are you the seller of this listing? Make a correction. (/Cars/dealer/home.action?
caseType=PROBLEM&serviceProvider=332209&subject=Correction%20for%20listing%3A%201C3CCBBB9DN676281&message=Please%20provide%20the%20information%20below%3A%0A-
-------------------------------------------------------
%0AMake%2FModel%2FYear%2FTrim%3A%20%0APrice%3A%20%0AMileage%3A%20%0AAdditional%20Details%3A%20%0A-
-------------------------------------------------------%0AListing%20URL%3A%20%2FCars%2FI-Used-2013-
Chrysler-200-Touring-Sedan-FWD-t44321%23listing%3D237260008%0A)

## Used Chrysler 200 By Year

| Vehicle | Deals | Starting Price | Total Available |
|---------|-------|----------------|-----------------|
| 2017 Chrysler 200 (/Cars/l-Used-2017-Chrysler-200-c26071) | 4 Great Deals | $9,988 | 265 listings |
| 2016 Chrysler 200 (/Cars/l-Used-2016-Chrysler-200-c25035) | 29 Great Deals | $6,491 | 1,795 listings |
| 2015 Chrysler 200 (/Cars/l-Used-2015-Chrysler-200-c24309) | 82 Great Deals | $5,499 | 3,186 listings |
| 2014 Chrysler 200 (/Cars/l-Used-2014-Chrysler-200-c24094) | 24 Great Deals | $3,500 | 605 listings |
| 2013 Chrysler 200 (/Cars/l-Used-2013-Chrysler-200-c23445) | 38 Great Deals | $2,999 | 1,122 listings |
| 2012 Chrysler 200 (/Cars/l-Used-2012-Chrysler-200-c23019) | 20 Great Deals | $2,950 | 814 listings |
| 2011 Chrysler 200 (/Cars/l-Used-2011-Chrysler-200-c22772) | 13 Great Deals | $2,990 | 425 listings |

## Similar Cars

Chrysler 300 For Sale (/Cars/l-Used-Chrysler-300-d165)
360 Great Deals out of 19,090 listings starting at $1,899

Dodge Charger For Sale (/Cars/l-Used-Dodge-Charger-d733)
310 Great Deals out of 26,668 listings starting at $1,500

Chevrolet Malibu For Sale (/Cars/l-Used-Chevrolet-Malibu-d622)
693 Great Deals out of 48,556 listings starting at $1,499

## Broader Searches

Chrysler 200 For Sale (/Cars/l-Used-Chrysler-200-d2106)
210 Great Deals out of 8,212 listings starting at $2,950

Chrysler 200 Limited Sedan FWD For Sale (/Cars/l-Used-Chrysler-200-Limited-Sedan-FWD-t39278)
82 Great Deals out of 3,332 listings starting at $3,795

Chrysler 200 Touring Sedan FWD For Sale (/Cars/l-Used-Chrysler-200-Touring-Sedan-FWD-t39279)
33 Great Deals out of 1,056 listings starting at $2,990

Chrysler 200 LX Sedan FWD For Sale (/Cars/l-Used-Chrysler-200-LX-Sedan-FWD-t39277)
18 Great Deals out of 633 listings starting at $2,950

Chrysler 200 Touring Convertible FWD For Sale (/Cars/l-Used-Chrysler-200-Touring-Convertible-FWD-t39284)
5 Great Deals out of 142 listings starting at $3,200

Chrysler 200 Limited Convertible FWD For Sale (/Cars/l-Used-Chrysler-200-Limited-Convertible-FWD-t41274)
3 Great Deals out of 100 listings starting at $5,800

Chrysler 200 S Convertible FWD For Sale (/Cars/l-Used-Chrysler-200-S-Convertible-FWD-t39336)
3 Great Deals out of 41 listings starting at $5,999

## Certified Used Chrysler 200 By Year

Certified-2017-Chrysler-200-c26071)
23 listings starting at $9,988

2016 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2016-Chrysler-200-c25924)
180 listings starting at $8,491

2015 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2015-Chrysler-200-c24309)
151 listings starting at $5,499

2014 Chrysler 200 (https://www.cargurus.com/Cars/cl-
Certified-2014-Chrysler-200-c24094)
8 listings starting at $3,500

### Used Chrysler 200 By City

Chrysler 200 in New Brunswick NJ (/Cars/l-Used-2013-
Chrysler-200-New-Brunswick-c23445_L22273)
21 listings starting at $5,295

Chrysler 200 in New York NY (/Cars/l-Used-2013-Chrysler-
200-New-York-c23445_L22938)
13 listings starting at $5,295

Chrysler 200 in Toms River NJ (/Cars/l-Used-2013-Chrysler-
200-Toms-River-c23445_L22211)
41 listings starting at $5,295

Chrysler 200 in Trenton NJ (/Cars/l-Used-2013-Chrysler-200-
Trenton-c23445_L22190)
25 listings starting at $5,299

Chrysler 200 in Stamford CT (/Cars/l-Used-2013-Chrysler-200-
Stamford-c23445_L4722)
11 listings starting at $5,295

Chrysler 200 in Holtsville NY (/Cars/l-Used-2013-Chrysler-200-
Holtsville-c23445_L22935)
6 listings starting at $5,600

Chrysler 200 in Philadelphia PA (/Cars/l-Used-2013-Chrysler-
200-Philadelphia-c23445_L30895)
22 listings starting at $5,299

Chrysler 200 in Allentown PA (/Cars/l-Used-2013-Chrysler-
200-Allentown-c23445_L30540)
18 listings starting at $3,995

Chrysler 200 in Newburgh NY (/Cars/l-Used-2013-Chrysler-
200-Newburgh-c23445_L23573)
30 listings starting at $3,995

## Company

About CarGurus (/Cars/aboutCargurus.html)

Our Team

Press

Investor Relations (https://investors.cargurus.com/)

Price Trends (/Cars/price-trends/)

Mobile (/Cars/mobile.html)

Blog (https://blog.cargurus.com)

Careers

## For Dealers

Dealer Signup (/Cars/dealer/signup?pid=footerLink)

Dealer Resources (https://dealercenter.cargurus.com/)

## Terms

Terms of Use

Privacy

Interest-Based Ads

## Help

Help

Contact Us

🌐 English ⌃        United States ⌃

© 2019 CarGurus, Inc., All Rights Reserved.

# Vehicle Valuation Report

Prepared For  Property Damage Appraisers



mitchell

## Claim Information

| Claim Number | Policy Number | Loss Type | Insured |
|---|---|---|---|
| 449077726 | | COLLISION | WANDA & DOUGLAS THOMPSON |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 04/30/2019 | | 05/01/2019 | 11810623 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Chrysler | 200 Limited 4 Door Sedan 2.4L 4 Cyl Gas A FWD | NJ 07753 | 89,359 miles |

| Ext Color | License | VIN |
|---|---|---|
| Black | 17405, New Jersey | 1C3CCBCB2CN308277 |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---|---|
| Dual Source Base Value  = | $7,552.50 |
| Prior Damage - | $507.53 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| **Market Value =** | **$7,044.97** |

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---|---|
| (6.625%) Tax + | $466.73 |
| **Settlement Value =** | **$7,511.70** |

## Settlement Value:
# $7,511.70

Mitchell **WorkCenter**
Total Loss
© 2018 Mitchell International, Inc. All Rights Reserved.

# Loss Vehicle Detail

Loss vehicle: 2012 Chrysler 200 | Limited 4 Door Sedan | 2.4L 4 Cyl Gas A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 18" x 7.0" polished aluminum wheels | Automatic headlamps |
| Bi-function halogen projector headlamps | Black windshield moldings |
| Body-color fascias | Bright door handles |
| Compact spare tire | Dark argent grille w/bright accents |
| Decklid liner | Fog lamps |
| Front & rear solar control glass | Headlamp off time delay |
| LED taillamps | P225/50R18 BSW all-season touring tires |
| Pwr heated fold-away mirrors -inc: chrome casings | Tinted windows |
| Variable intermittent windshield wipers | |

### Interior

| | |
|---|---|
| (6) speakers | 120-mph speedometer |
| 12V aux pwr outlet | 12V pwr outlet in center console |
| 60/40 split-folding rear seat | Active head restraints |
| Air conditioning w/auto temp control | Air filtering |
| Analog clock | Auto-dimming rearview mirror w/microphone |
| Decklid/liftgate ajar warning lamp | Door ajar warning lamp |
| Dual sun visors w/illuminated vanity mirrors | Floor carpeting |
| Floor console w/sliding armrest | Front & rear aimable LED lamps |
| Heated front seats | Illuminated entry |
| Instrument cluster w/display screen | Instrument cluster w/LED lighting |
| Instrument panel silver bezel | Instrument panel storage bin |
| Leather-trimmed seats | Leather-wrapped shift knob |
| Leather-wrapped steering wheel | Low back bucket seats |
| Luxury front & rear floor mats | Manual driver lumbar adjust |
| Media center 430 -inc: AM/FM stereo, CD/DVD/MP3 player, 40GB hard disk drive w/28GB available, 6.5" touch screen display, aux input jack, Bluetooth streaming audio | Pwr 8-way driver seat |
| Pwr accessory delay | Pwr door locks |
| Pwr trunklid release | Pwr windows w/front 1-touch up/down |
| Rear compartment assist handles | Rear seat armrest |
| Rear window defroster | Remote keyless entry |
| Remote USB port | Removable short mast antenna |
| Security alarm | Sentry Key theft deterrent system |

(U) Mitchell **WorkCenter**™
Total Loss

| | |
|---|---|
| SIRIUS satellite radio w/(1) year service subscription *N/A in HI, GU or PR* | Speed control |
| Steering wheel mounted audio controls | Tachometer |
| Temp & compass gauge | Tilt/telescoping steering column |
| Traveler/mini trip computer | Trunk lamp |
| Trunk mat | UConnect voice command w/Bluetooth -inc: auto-dimming rearview mirror w/microphone, Bluetooth streaming audio, aux audio input |
| Universal garage door opener | |

## Mechanical

| | |
|---|---|
| 140-amp alternator | 4-wheel anti-lock disc brakes |
| 525-CCA maintenance-free battery | Front & rear stabilizer bars |
| Front wheel drive | GVW rating - 4600# |
| Hood insulation | Pwr rack & pinion steering |
| Remote start system | Tip start ignition |
| Touring suspension | |

## Safety

| | |
|---|---|
| Advanced multistage front air bags | Brake/park interlock |
| Child seat anchor system (LATCH) ready | Child seat upper tether anchors |
| Dual note horns | Electronic stability control |
| Front height adjustable shoulder belts | Internal emergency trunk release |
| Occupant classification sensor | Rear center 3-point seat belt |
| Rear door child safety locks | Supplemental front & rear side curtain air bags |
| Supplemental front seat side air bags | Supplemental side air bags |
| Tire pressure monitoring display | Traction control |

## N.A.D.A Vehicle Equipment  [ 2012 CHRYSLER 200-4 Cyl. Sedan 4D Limited CBC ]

ALUMINUM/ALLOY WHEELS                                                 POWER SEAT

## Red Book Vehicle Equipment  [ 2012 CHRYSLER 200 4dr Limited CBCB ]

POWER DRIVER SEAT

## Loss Vehicle Dual Source Base Value

Loss vehicle:  2012 Chrysler 200 Limited 4 Door Sedan 2.4L 4 Cyl Gas A FWD

### Guide Valuation: N.A.D.A. Eastern - Retail Value

| | |
|---|---|
| Base Value: | $7,275.00 |
| Mileage Adjustment: | $300.00 |
| Aluminum/Alloy Wheels: | Inclusive |
| Power Seat: | Inclusive |

### Guide Valuation: Red Book Northeast - Retail Value

| | |
|---|---|
| Base Value: | $7,185.00 |
| Mileage Adjustment: | $250.00 |
| Electric Defogger: | Standard |
| Air Conditioning: | Standard |
| Cruise Control: | Standard |
| Power Windows: | Standard |
| Power Door Locks: | Standard |
| Tilt Steering Wheel: | Standard |

Mitchell WorkCenter
Total Loss

| | | |
|---|---|---|
| Power Driver Seat: | | $95.00 |
| Alum/Alloy Wheels: | | Standard |
| Automatic Transmission: | | Standard |
| AM-FM Stereo/CDPlayer(Single): | | Standard |
| Power Steering: | | Standard |
| **Total Retail Value:** | $7,575.00 | |
| **Total Retail Value:** | | $7,530.00 |

Loss vehicle:  2012 Chrysler 200 | Limited 4 Door Sedan | 2.4L 4 Cyl Gas A FWD

## Prior Damage Adjustments

| Description | Adjustment Amount |
|---|---|
| SEE ESTIMATE | -$507.53 |

Claim Number: 0919312 742 80/Assignment Number: 244-904-01720



Document Name: VIN Dash.jpg

Remarks:



Document Name: VIN Door.jpg

Remarks:



Document Name: Left Rear.jpg
Remarks:



Document Name: License .jpg
Remarks:

Claim Number: 4901-2199-9853 Payment Number: 27-904-71869



Document Name: RT Rear.jpg
Remarks:



Document Name: RT Front.jpg
Remarks:

Claim Number: 0894972.2  RDA Assignment Number: 244-904-01/250



Document Name: Front Bumper Damage .jpg
Remarks:



Document Name: Fron1.jpg
Remarks:

Claim Number: 4091721      Assignment Number: 27904



Document Name: Left Front .jpg
Remarks:



Document Name: Mileage .jpg
Remarks:

Claim Number: 019-03732-80 Assignment Number: 244-904-017-20



Document Name: Instrument Panel .jpg
Remarks:



Document Name: Seats.jpg
Remarks:

Claim Number: 0589577&2   POA Assignment Number: 244-904-017250



Document Name: Interior .jpg
Remarks:



Document Name: Rear Bumper Damage .jpg
Remarks:

Claim Number: 4901-2194469 Document Number: 27904-



Document Name: Roof .jpg
Remarks:



Document Name: Left Front Tire .jpg
Remarks:



Document Name: Left Rear Tire .jpg
Remarks:



Document Name: Right Front Tire .jpg
Remarks:



Document Name: Right Rear Tire .jpg
Remarks: