

**Specialty Appraisal Division**


Medium/Heavy Trucks-Tractor | Heavy Equipment | Farm/AG | RV
Marine | Powersports | Property | Special Services | Catastrophe

O: 818-351-7805 / F: 516-858-3210
Email: specialtydivision@sca-appraisal.com

**Closing Report - Damage Appraisal - Repairable**

## Overview

| | |
|---|---|
| Assignment Type | Non-DataBase |
| Claim Type | Vehicles/Exotics/Other |
| Handling Method | Special Services |
| Vehicle/Equipment Type | Field Inspection |
| Date Received | 7/11/2019 9:48:00 AM |
| Date Completed | 7/12/2019 3:06:13 PM |

## Vehicle/Equipment Description



| | |
|---|---|
| Vehicle | 2012 BMW 7 Series |
| Special Equipment | |
| VIN | WBAKC6C57CC396910 |
| VIN Observed | No - See Comments |
| Inspected Vehicle | 2012 BMW 7 Series |

## Assignment & Claim Information

| | |
|---|---|
| File Number | 6850101 |
| Appraiser Name | Samuel Garcia |
| Quality Assurance Rep | Zach Alcott |
| | |
| Client | Santander |
| Claim Number | 9958008 |
| Policy Number | |
| Adjuster | Marianne Favors 214-237-3555 |
| | |
| Owner Name | Douglas Thompson |
| Insured or Claimant | Insured |
| | |
| Inspection Location | Residence/Other |
| Inspection Address | 1 Knox Blvd. |
| | Neptune NJ, 07753 |

## Repair Facility Information

| | |
|---|---|
| Shop Name | |
| Address | |
| City, State, Zip | unk  Select State |
| | |
| Contact Name | |
| Phone | |
| Fax | |
| Tax ID | |
| Email Address | |
| | |
| Shop Agreed to Price | No |
| Agreed By | |



## Loss Summary

| | |
|---|---|
| Gross Estimate (before any deductions) | $0.00 |
| Possible Supplement/Open Amount | $0.00 |
| Approx. Market Value  /Retail Book Value | |
| Recommendation | **Repairable** |



## Additional Details

| | |
|---|---|
| Estimate Provided to Vehicle Owner/Shop | No  / No |
| Drivable | Yes |
| Betterment Taken | $0.00 |
| Appearance Allowance Given | No |
| Old Damage Observed | No |
| Accruing Storage Charge | No |
| Days to Repair | 1 |
| Storage Charges Per Day | $0.00 |
| Storage Charges | $0.00 |
| Tow Charges | $0.00 |
| Towing included in estimate | No |
| Tow Charges Paid by Shop or Vehicle Owner | |

**Is damage consistent with FNOL? Yes**

### Appraisers Comments

Inspected vehicle at v/o . All functions in vehicle are functioning /No malfunction warning lights are present . Minimal damage is present .

7/12/2019    Used 2012 BMW 750i for sale in West, TX 76691 - Sedan 19-12879-MBK    Doc 28    Filed 08/13/19    Entered 08/13/19 14:35:48    Desc Main

Case 19-12879-MBK    Doc 28    Filed 08/13/19    Entered 08/13/19 14:35:48    Desc Main

Document      Page 2 of 42

Used 2012 BMW 750i
$19,992

Chevrolet of West
(254) 826-6083

✉ Confirm Availability



‹ Back to results

# Used 2012 BMW 750i

♡
Save

## Overview



**MILEAGE**
73,185



**DRIVE TYPE**
2 wheel drive - rear



**ENGINE**
8-Cylinder Turbo



**TRANSMISSION**
6-Speed Shiftable Automatic

Used 2012 BMW 750i
$19,992

Chevrolet of West
(254) 826-6083

✉ Confirm Availability

**INTERIOR**
**Black**

**EXTERIOR**
**Titanium Silver Metallic**

View the Free CARFAX Report for this BMW ⧉

SHOW ME THE
CARFA×

$**19,992**

See the KBB Fair
Market Range

## Chevrolet of West ⧉

(254) 826-6083
225 TM West Pkwy, West, TX 76691
Get Directions ⧉

📞 **Call Dealer**

### Message

I'm interested in your Used 2012 BMW 750i listed for $19,992.

**First Name**

**Last Name**

**Email**

**Phone** (Optional)

Send Email

By using this service, you accept the terms of our Visitor Agreement

**Used 2012 BMW 750i**
$19,992

**Chevrolet of West**
(254) 826-6083

✉ Confirm Availability

Advertisement

## Additional Vehicle Details

STOCK NUMBER **P2757**    VIN **WBAKA8C52CCY37862**

> ❯ **Exterior**

> ❯ **Interior**

> ❯ **Safety**

> ❯ **Mechanical**

> ❯ **Technology**

> ❯ **Other**

> ⌄ **Seller Comments**

Titanium Silver Metallic 2012 BMW 7 Series 750i 4.4L 8-Cylinder DGI Turbocharged DOHC RWD

Awards:
* 2012 KBB.com Brand Image Awards At Chevrolet of West, our entire team works together to provide you with the ultimate Chevrolet shopping experience. We are here to exceed your expectations, deliver the best service possible, and make car shopping fun again.

### Safety Recall Information

Some vehicles may be subject to manufacturer safety recalls. See if there are any open safety recalls for this vehicle. This does not include non-safety recalls. Recently announced safety recalls may not yet be posted and there may be a delay between the time a repair is made and before it is reported or posted to the website. Before purchasing, be sure to ask the dealer for an up-to-date status on any recalls.

Used 2012 BMW 750i
$19,992

Chevrolet of West
(254) 826-6083

☰ Confirm Availability

## Pricing Details

**Fair Market Range**     Price Breakdown and Offers

### Kelley Blue Book® Fair Market Range

Autotrader is displaying the Kelley Blue Book® Price Advisor for research purposes only.



Kelley Blue Book®
Fair Market Range
**$15,249 - $17,716**

ⓘ Important info
& Definitions

Kelley Blue Book info valid for ZIP Code 76691
through 07/12/2019

Kelley Blue Book Privacy

## Calculate Payment

**Months** ⓘ

| 60 | ▼ |
|---|---|

**Interest Rate** ⓘ

| 4.5 |
|---|

**Price**

| 19992 |
|---|

Used 2012 BMW 750i
$19,992

Chevrolet of West
(254) 826-6083

✉ Confirm Availability

**Trade-In Value** ⓘ

| 0 |
|---|

Get your Kelley Blue Book<sup>SM</sup> Instant Cash Offer today

**Amount Owed on Trade**

| 0 |
|---|

Reset          Calculate

Estimated Payment*

# $336 / month for 60 months at 4.5% APR.

| | |
|---|---:|
| Price | $19,992.00 |
| Down Payment | -$1,999.00 |
| Trade-In Value | -$0.00 |
| Amount Owed on Trade | +$0.00 |
| Est. Total Financed ⓘ | =$17,993.00 |
| Est. Total Interest ⓘ | +$2,134 |
| Est. Total Loan | $20,127 |

*Estimated payments and terms shown here are for informational purposes only and do not constitute an actual offer or commitment to lend by a lender. These estimates do not include tax, registration fees, lien fees, or any other fees that may be imposed by a governmental agency in connection with the sale and financing of the vehicle.

**Finance with Chevrolet of West**
Get credit directly through this dealership for competitive rates and a personalized finance package. ⧉

**Finance with Lending Tree**
Shop and compare real loan offers on our huge nationwide lender network Powered by LendingTree ⧉

## About the 2012 BMW 750i

This is general model information, and some of the features and/or specifications mentioned may not be available on all vehicles.

**Used 2012 BMW 750i**
$19,992

Chevrolet of West
(254) 826-6083

✉ Confirm Availability

View Features and Specifications

# Warranty

## Original Warranty

| | |
|---|---|
| Basic | 4 Years/50,000 Miles |
| Drivetrain | 4 Years/50,000 Miles |
| Corrosion | 12 Years/Unlimited Miles |
| Roadside Assistance | 4 Years/Unlimited Miles Assist Safety Plan |
| Maintenance | 4 Years/50,000 Miles |

# Chevrolet of West

📞 **Call Dealer**

Visit Dealer Website ⬈

**ADDRESS**
225 TM West Pkwy, West, TX 76691
Get Directions ⬈

**PHONE**
(254) 826-6083

**HOURS OF OPERATION**

| | |
|---|---|
| Monday | 8:30am - 8:00pm |
| Tuesday | 8:30am - 8:00pm |
| Wednesday | 8:30am - 8:00pm |
| Thursday | 8:30am - 8:00pm |
| Friday | 8:30am - 8:00pm |
| Saturday | 8:30am - 8:00pm |
| Sunday | Closed - |

## Email Chevrolet of West in West, TX

**Message**

Used **2012 BMW 750i**
$19,992

**Chevrolet of West**
(254) 826-6083

✉ Confirm Availability

**First Name**

**Last Name**

**Email**

**Phone** (Optional)

Send Email

By using this service, you accept the terms of our Visitor Agreement

☑ Yes, I would like to receive updates, promotions, and discounts from Autotrader and their affiliates.

## Additional Resources

Advertisement
**Kelley Blue Book℠ Instant Cash Offer**
Use your offer toward the purchase of another vehicle or let the dealer buy it for cash.

Advertisement
**Sell or Trade on Autotrader**
Post an ad or get a Guaranteed Trade-In Offer

SPONSORED
**Insurance**
Get a free quote from GEICO ⧉

SPONSORED
**Car Loans**
Shop and compare real loan offers on our huge nationwide lender network Powered by LendingTree ⧉

**Suspect Fraud?** Report it

Data on this page may have come in part, or entirely, from Chrome Data and Vincentric. Please refer to Autotrader's Visitor Agreement for further information on vehicle data.

Feedback

| | Used 2012 BMW 750i<br>$19,992 | Chevrolet of West<br>(254) 826-6083 | ✉ Confirm Availability |
|---|---|---|---|

**Car Dealers**

**Trade or Sell a Car**
Sell a Car
Trade in a Car

**Car Research**
Car Research
Car Model Information
New Cars
Used Cars
Certified Cars
Trade-In Values and Car Pricing

**About Us**
Company Information
Corporate Information
Jobs at Autotrader
Become an Autotrader Dealer
Press Room
Site Map
Contact Us
Help
Fraud Awareness

**Autotrader Affiliates**
Find Classic & Exotic Cars for Sale  ↗
Find Motorcycles for Sale  ↗
Find RVs for Sale  ↗
Find Cars for Bad-Credit Buyers  ↗
Find Cars for Sale in Australia  ↗

**Follow**         

By using this service, you accept the terms of our Visitor Agreement.   Privacy Statement.   Accessibility Statement.   ▷ AdChoices

©2019 Autotrader, Inc. All Rights Reserved. "Autotrader" is a registered trademark of TPI Holdings, Inc. used under exclusive license.



**Used 2012 BMW 750i**
$17,888

Iconic Coach
(858) 987-8071

✉ Confirm Availability

‹ Back to results

# Used 2012 BMW 750i

♡
Save





1/40

Viewing

    



Used 2012 BMW 750i
$17,888

Iconic Coach
(858) 987-8071

  ✉ Confirm Availability

 **MILEAGE**
80,605

 **DRIVE TYPE**
2 wheel drive - rear

**ENGINE**
8-Cylinder Turbo

**TRANSMISSION**
6-Speed Shiftable Automatic

 **FUEL TYPE**
Gasoline

 **MPG**
15 City / 22 Highway

**INTERIOR**
Black Nappa Leather

**EXTERIOR**
Carbon Black Metallic

View the Free CARFAX Report for this BMW ↗



$**17,888**

See the KBB Fair
Market Range 

## Iconic Coach ↗

(858) 987-8071

8650 Miramar Rd, STE J, SAN DIEGO, CA 92126

Get Directions ↗

💬 Text Dealer

📞 Call Dealer

## Message



Used 2012 BMW 750i      Iconic Coach

$17,888      (858) 987-8071      ✉ Confirm Availability

## First Name

## Last Name

## Email

## Phone (Optional)

Send Email

By using this service, you accept the terms of our Visitor Agreement

☑ Yes, I would like to receive updates, promotions, and discounts from Autotrader and their affiliates.

Advertisement

## Similar Vehicles from this Dealer







**Used 2011 Mercedes-B 350**

$16,999

**Used 2016 Honda Acco Sport Sedan**

$18,488

**Used 2008 Lexus LS 46**

$15,999

**Used 2013 Lexus GS 3**

$21,888

**Used 2018 Ca Luxury**

$25,488



**Used 2012 BMW 750i**
$17,888

**Iconic Coach**
(858) 987-8071

✉ Confirm Availability

## Additional Vehicle Details

STOCK NUMBER **PX01402**     VIN **WBAKA8C59CDX01402**

> **Exterior**

> **Interior**

> **Safety**

> **Mechanical**

> **Technology**

> **Other**

⌄ **Seller Comments**

2012 BMW 750i **M-Sport Pkg** **1 Owner Vehicle** **Ca Vehicle** **Clean Title** **Clean CARFAX Report**
**Fully Inspected** **Services Up To Date** At Iconic Coach We Strive To Provide The Highest Level of
Customer Satisfaction With a Willingness To Go Above Beyond For Our Customers, By Offering Great Quality
Vehicles With Our Easy Financing. We Happily Accept All Trades. 5 Star ratings! Questions?? Please Give Us A
Call At 858-987-8071 or Visit Our Website at www.IconicCoach.com .

### Safety Recall Information

Some vehicles may be subject to manufacturer safety recalls. See if there are any open safety recalls for this vehicle. This does not include non-safety recalls. Recently announced safety recalls may not yet be posted and there may be a delay between the time a repair is made and before it is reported or posted to the website. Before purchasing, be sure to ask the dealer for an up-to-date status on any recalls.

[Check Safety Recall Status ↗](#)

## Pricing Details

### Price Breakdown

Some manufacturers and dealers offer rebates and discounts. Contact the dealer for further pricing details.

| Dealer Asking Price | **$17,888** |
|---|---|

### Kelley Blue Book® Fair Market Range

Autotrader is displaying the Kelley Blue Book® Price Advisor to help shoppers better understand vehicle pricing.



**Used 2012 BMW 750i**
$17,888

Iconic Coach
(858) 987-8071

✉ Confirm Availability



$15,326 - $17,793

ⓘ Important info
& Definitions

Kelley Blue Book info valid for ZIP Code 92126
through 07/12/2019

Kelley Blue Book Privacy

## Calculate Payment

**Months** ⓘ

60   ▾

**Interest Rate** ⓘ

4.5

**Price**

17888

**Down Payment**

1788

**Trade-In Value** ⓘ

0

Get your Kelley Blue Book^SM Instant Cash Offer today

**Amount Owed on Trade**

0



Used 2012 BMW 750i                           Iconic Coach
$17,888                                       (858) 987-8071           ☑ Confirm Availability

Estimated Payment*

# $301 / month for 60 months at 4.5% APR.

| | |
|---|---|
| Price | $17,888.00 |
| Down Payment | -$1,788.00 |
| Trade-In Value | -$0.00 |
| Amount Owed on Trade | +$0.00 |
| Est. Total Financed ⓘ | =$16,100.00 |
| Est. Total Interest ⓘ | +$1,910 |
| Est. Total Loan | $18,010 |

*Estimated payments and terms shown here are for informational purposes only and do not constitute an actual offer or commitment to lend by a lender. These estimates do not include tax, registration fees, lien fees, or any other fees that may be imposed by a governmental agency in connection with the sale and financing of the vehicle.

### Finance with Iconic Coach
Get credit directly through this dealership for competitive rates and a personalized finance package. 🗗

### Finance with Lending Tree
Shop and compare real loan offers on our huge nationwide lender network Powered by LendingTree 🗗

## About the 2012 BMW 750i

This is general model information, and some of the features and/or specifications mentioned may not be available on all vehicles.

The 2012 BMW 7-Series is available in a wide range of models--and in two different sedan body styles. Models designated with an 'L' get five inches of additional wheelbase, most of which goes to additional back-seat legroom.

View Features and Specifications

## Warranty

### Original Warranty

| | |
|---|---|
| Basic | 4 Years/50,000 Miles |
| Drivetrain | 4 Years/50,000 Miles |
| Corrosion | 12 Years/Unlimited Miles |

 Used 2012 BMW 750i   for sale in SAN DIEGO, CA 92126 from Iconic Coach - Autotrader

Used 2012 BMW 750i
$17,888

Iconic Coach
(858) 987-8071

✉ Confirm Availability

## Iconic Coach

💬 **Text Dealer**

📞 **Call Dealer**

Visit Dealer Website ⬈

**ADDRESS**
8650 Miramar Rd, STE J, SAN DIEGO, CA 92126
Get Directions ⬈

**PHONE**
(858) 987-8071

**HOURS OF OPERATION**

| | |
|---|---|
| Monday | 10:00am - 8:00pm |
| Tuesday | 10:00am - 8:00pm |
| Wednesday | 10:00am - 8:00pm |
| Thursday | 10:00am - 8:00pm |
| Friday | 10:00am - 8:00pm |
| Saturday | 10:00am - 8:00pm |
| Sunday | 10:00am - 8:00pm |

**SERVICES AND AMENITIES**
Parts & Accessories
Detailing
Business Center
Internet Access
Handicapped Accessible
Comfortable Waiting Area
Delivery Options
Spanish
Farsi
Good Credit
Bad Credit
No Credit
Classic/Collector
Commercial/Fleet
Hybrid



Used 2012 BMW 750i
$17,888

Iconic Coach
(858) 987-8071

☐✉ Confirm Availability

I'm interested in your Used 2012 BMW 750i listed for $17,888.

**First Name**

**Last Name**

**Email**

**Phone** (Optional)

Send Email

By using this service, you accept the terms of our Visitor Agreement

☑ Yes, I would like to receive updates, promotions, and discounts from Autotrader and their affiliates.

## Additional Resources

Advertisement

**Kelley Blue Book℠ Instant Cash Offer**

Use your offer toward the purchase of another vehicle or let the dealer buy
it for cash.

Advertisement

**Sell or Trade on Autotrader**

Post an ad or get a Guaranteed Trade-In Offer

SPONSORED

**Insurance**

Get a free quote from GEICO ⧉

SPONSORED

**Car Loans**

Shop and compare real loan offers on our huge nationwide lender network
Powered by LendingTree ⧉

**Suspect Fraud?** Report it

Data on this page may have come in part, or entirely, from Chrome Data and Vincentric. Please refer to Autotrader's Visitor Agreement
for further information on vehicle data.



**Used 2012 BMW 750i**
$17,888

Iconic Coach
(858) 987-8071

☰ Confirm Availability

**Shop for a Car**

Cars for Sale

Car Deals

Car Dealers

**Trade or Sell a Car**

Sell a Car

Trade in a Car

**Car Research**

Car Research

Car Model Information

New Cars

Used Cars

Certified Cars

Trade-In Values and Car Pricing

**About Us**

Company Information

Corporate Information

Jobs at Autotrader

Become an Autotrader Dealer

Press Room

Site Map

Contact Us

Help

Fraud Awareness

**Autotrader Affiliates**

Find Classic & Exotic Cars for Sale ↗

Find Motorcycles for Sale ↗

Find RVs for Sale ↗

Find Cars for Bad-Credit Buyers ↗

Find Cars for Sale in Australia ↗

Follow          

By using this service, you accept the terms of our Visitor Agreement.   Privacy Statement.   Accessibility Statement.

AdChoices

©2019 Autotrader, Inc. All Rights Reserved. "Autotrader" is a registered trademark of TPI Holdings, Inc. used under exclusive license.



**Used 2012 BMW 750i**
$17,888

**Iconic Coach**
(858) 987-8071

✉  Confirm Availability


Advertisement

< Back to results

# Used 2012 BMW 750i


Save



1/5


Viewing







Case 19-12879-MBK   Doc 26   Filed 08/13/19   Entered 08/13/19 14:35:48   Desc Main Document    Page 21 of 42

## Overview



**MILEAGE**
85,600



**DRIVE TYPE**
2 wheel drive - rear



**ENGINE**
8-Cylinder Turbo



**TRANSMISSION**
6-Speed Shiftable Automatic



**FUEL TYPE**
Gasoline



**MPG**
15 City / 22 Highway



**INTERIOR**
Black



**EXTERIOR**
Black

View the Free CARFAX Report for this BMW ↗

**SHOW ME THE**
**CARFAX**

$**18,995**

See the KBB Fair
Market Range 

## Cars of Nashville ↗

Get this seller's phone number

383 MURFREESBORO PIKE, NASHVILLE, TN 37210

Get Directions ↗

📞 **Call Dealer**

## Message

I'm interested in your Used 2012 BMW 750i listed for $18,995.

**First Name**

**Last Name**

**Email**

**Phone** (Optional)

Send Email

By using this service, you accept the terms of our Visitor Agreement

☑ Yes, I would like to receive updates, promotions, and discounts from Autotrader and their affiliates.

Advertisement

## Similar Vehicles from this Dealer



**Used 2010 BMW 535i**
$7,495

**Used 2015 BMW 328i**
$11,495

**Used 2013 Lexus GS 3**
$18,995

**Used 2012 Nissan Sen SR**
$4,500

**Used 2013 Ki Sedan**
$4,995

# Additional Vehicle Details

STOCK NUMBER **X01171**     VIN **WBAKA8C55CDX01171**

## ⌄ Seller Comments

Visit Cars of Nashville online at carsofnashvilletn.com to see more pictures of this vehicle or call us at 629-216-2557 today to schedule your test drive.

**Safety Recall Information**

Some vehicles may be subject to manufacturer safety recalls. See if there are any open safety recalls for this vehicle. This does not include non-safety recalls. Recently announced safety recalls may not yet be posted and there may be a delay between the time a repair is made and before it is reported or posted to the website. Before purchasing, be sure to ask the dealer for an up-to-date status on any recalls.

Check Safety Recall Status ⧉

# Pricing Details

## Price Breakdown

Some manufacturers and dealers offer rebates and discounts. Contact the dealer for further pricing details.

| Dealer Asking Price | **$18,995** |
| --- | --- |

## Kelley Blue Book® Fair Market Range

Autotrader is displaying the Kelley Blue Book® Price Advisor to help shoppers better understand vehicle pricing.



Kelley Blue Book info valid for ZIP Code 37210
through 07/12/2019

Kelley Blue Book Privacy

## Calculate Payment



**Months** ⓘ

60 ▾

**Interest Rate** ⓘ

4.5

**Price**

18995

**Down Payment**

1899

**Trade-In Value** ⓘ

0

Get your Kelley Blue Book<sup>SM</sup> Instant Cash Offer today

**Amount Owed on Trade**

0

**Reset**        Calculate

### Estimated Payment*

# $319 / month   for 60 months at 4.5% APR.

| | |
|---|---:|
| Price | $18,995.00 |
| Down Payment | -$1,899.00 |
| Trade-In Value | -$0.00 |
| Amount Owed on Trade | +$0.00 |
| Est. Total Financed ⓘ | =$17,096.00 |
| Est. Total Interest ⓘ | +$2,028 |
| Est. Total Loan | $19,124 |

*Estimated payments and terms shown here are for informational purposes only and do not constitute an actual offer or commitment to lend by a lender. These estimates do not include tax, registration fees, lien fees, or any other fees that may be imposed by a governmental agency in connection with the sale and financing of the vehicle.

**Finance with Cars of Nashville**

Get credit directly through this dealership for competitive rates and a personalized finance package. ⬀

**Finance with Lending Tree**

Shop and compare real loan offers on our huge nationwide lender network Powered by LendingTree ⬀

## About the 2012 BMW 750i

This is general model information, and some of the features and/or specifications mentioned may not be available on all vehicles.

The 2012 BMW 7-Series is available in a wide range of models--and in two different sedan body styles. Models designated with an 'L' get five inches of additional wheelbase, most of which goes to additional back-seat legroom.

View Features and Specifications

## Warranty

### Original Warranty

| | |
|---|---:|
| Basic | 4 Years/50,000 Miles |
| Drivetrain | 4 Years/50,000 Miles |
| Corrosion | 12 Years/Unlimited Miles |

| Roadside Assistance | 4 Years/Unlimited Miles Assist Safety Plan |
|---|---|
| Maintenance | 4 Years/50,000 Miles |

## Cars of Nashville

📞 **Call Dealer**

**Visit Dealer Website** ↗

**ADDRESS**

383 MURFREESBORO PIKE, NASHVILLE, TN 37210

Get Directions ↗

**PHONE**

Get this seller's phone number

**HOURS OF OPERATION**

| | |
|---|---|
| Monday | 9:00am - 6:00pm |
| Tuesday | 9:00am - 6:00pm |
| Wednesday | 9:00am - 6:00pm |
| Thursday | 9:00am - 6:00pm |
| Friday | 9:00am - 6:00pm |
| Saturday | 9:00am - 6:00pm |
| Sunday | Closed - |

### Email Cars of Nashville in NASHVILLE, TN

**Message**

I'm interested in your Used 2012 BMW 750i listed for $18,995.

**First Name**

**Last Name**

**Email**

**Phone** (Optional)

Send Email

By using this service, you accept the terms of our Visitor Agreement

☑ Yes, I would like to receive updates, promotions, discounts, offers from Autotrader and their affiliates.

## Additional Resources

Advertisement

**Kelley Blue Book℠ Instant Cash Offer**

Use your offer toward the purchase of another vehicle or let the dealer buy it for cash.

Advertisement

**Sell or Trade on Autotrader**

Post an ad or get a Guaranteed Trade-In Offer

SPONSORED

**Insurance**

Get a free quote from GEICO ⬈

SPONSORED

**Car Loans**

Shop and compare real loan offers on our huge nationwide lender network Powered by LendingTree ⬈

**Suspect Fraud?** Report it

Data on this page may have come in part, or entirely, from Chrome Data and Vincentric. Please refer to Autotrader's Visitor Agreement for further information on vehicle data.

Feedback

**Shop for a Car**
Cars for Sale
Car Deals
Car Dealers

**Trade or Sell a Car**
Sell a Car
Trade in a Car

**Car Research**
Car Research
Car Model Information
New Cars
Used Cars
Certified Cars

Trade-In Values and Car Pricing

**About Us**

Company Information

Corporate Information

Jobs at Autotrader

Become an Autotrader Dealer

Press Room

Site Map

Contact Us

Help

Fraud Awareness

**Autotrader Affiliates**

Find Classic & Exotic Cars for Sale 

Find Motorcycles for Sale 

Find RVs for Sale 

Find Cars for Bad-Credit Buyers

Find Cars for Sale in Australia

Follow  [Facebook]  [Twitter]  [YouTube]

By using this service, you accept the terms of our Visitor Agreement. Privacy Statement. Accessibility Statement.

AdChoices

©2019 Autotrader, Inc. All Rights Reserved. "Autotrader" is a registered trademark of TPI Holdings, Inc. used under exclusive license.

# 2012 BMW 7 Series Prices and Values

Sedan 4D 750i

| Values                                                              ⌄ |
| --- |



## Photo 1 of 21

| See all 69 Photos |
| --- |

See other trim levels

| Sedan 4D 750i                         ⌄ |
| --- |

Compare models, trims, photos & more

| **Compare** |
| --- |

7/12/2019    2012 BMW 7 Series Sedan 4D 750i Values, Request 7 Series | 2012 750i | NADAguides
Case 19-12879-MBK   Doc 23   Filed 08/13/19   Entered 08/13/19 14:35:48   Desc Main
Document     Page 30 of 42

# Values & Cost Details

   [ Print Friendly Version ]

## Rough Trade-In

| | |
|---|---|
| Base Price | $7,825 |
| Mileage (85,000) | $1,625 |
| Total Base | $9,450 |
| Options | $150 |
| | **$9,600** |

## Average Trade-In

| | |
|---|---|
| Base Price | $10,025 |
| Mileage (85,000) | $1,625 |
| Total Base | $11,650 |
| Options | $150 |
| | **$11,800** |

## Clean Trade-In

| | |
|---|---|
| Base Price | $11,900 |
| Mileage (85,000) | $1,625 |
| Total Base | $13,525 |
| Options | $150 |
| | **$13,675** |

## Clean Retail

| | |
|---|---|
| Base Price | $15,200 |
| Mileage (85,000) | $1,625 |
| Total Base | $16,825 |
| Options | $200 |
| | **$17,025** |

[ Change Options ]

# Search Local Cars for Sale

**2012 BMW listings within 50 miles of your ZIP code.**

12 found                                                                      View All





**Green ALPINA B7**
Mileage: 41,957
Distance: 39 miles

**Blue 750i xDrive**
Mileage: 83,817
Distance: 37 miles





**Charcoal 750i xDrive**
Mileage: 66,093
Distance: 40 miles

**Black 750i xDrive**
Mileage: 69,995
Distance: 43 miles

Autotrader                                                                    Go

# Vehicle History Report

## Get answers to buy with confidence. Save when you purchase multiple reports.

✓ Check whether an accident has been reported on the vehicle

✓ Check for severe damage, salvage, and theft



**VEHICLE IDENTIFICATION NUMBER**

Enter VIN Number



Get Report

🔔 Get Car Price Change Alerts

Email address

**Notify Me**

Privacy PolicyAdditional Alerts ⌄

# Certified Pre-Owned (CPO) Warranty

## BMW Certified Pre-Owned Program Warranty Criteria and Details

### CPO Warranty Deductable

Yes $50.00

### CPO Inspection Points

Com

# CPO Incentives & Rebates Offer

Certified Pre-Owned Incentives or Rebates data is not currently available for the 2012 BMW 7 Series Sedan 4D 750i.

## Car Buying And Selling Resources

### BMWs For Sale

Find 2012 BMW 7 Series listings near you.



**See Listings** ›

### Car Selling Services

List your car in minutes on AutoTrader.com.



**Sell Your Car** ›

### Free Dealer Price Quotes

Get free quotes from dealers near you.

**Get A Quote** ›

### New & Used Auto Loans

Compare real, custom loan offers from multiple lenders in minutes!



**Find Your Best Rates** ›

# Insurance Quote

Get a free insurance quote provided by GEICO and save 15% or more.



**Get A Quote** ›

# Recommended Competitors

**Recommended competitors based on NADAguides.com audience feedback.**

## 2019 Mercedes-Benz E-Class



**$1,298/Monthly**
$1,026 more

## 2020 Mercedes-Benz E-Class



**$1,012/Monthly**
$740 more

See Full Comparison

**Rough Trade-In -** Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In -** The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In -** Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail -** Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

## New & Used Car Search

Select from one or more dropdowns below, to find the right car for you. You can filter by car price, year, and make. For a more robust search, navigate to our official Car Finder Tool.



Price

| All Prices | ⌄ |
|---|---|

Year

| All Years | ⌄ |
|---|---|

Make

| All Makes | ⌄ |
|---|---|

**See all cars**

## Popular BMW Models

BMW 3 Series

BMW 4 Series

BMW 5 Series

BMW 2 Series

BMW 7 Series

BMW X3

BMW X5

BMW 6 Series

BMW X1

BMW M4

## Popular BMW Vehicles

2019 BMW 4 Series

2019 BMW X3

2019 BMW 5 Series

2019 BMW X5

2019 BMW 3 Series

2018 BMW 3 Series

2018 BMW 4 Series

2018 BMW 2 Series

2018 BMW 5 Series

2018 BMW 7 Series

## Car Shopping Guides

10 Most Popular Midsize SUVs ...

Most Reliable Crossovers and S...

10 Most Popular Luxury Cars

2019 Vehicle Dependability: Mo...

Most Dependable Family SUVs:...

Most Dependable Trucks: 2018 ...

2019 Vehicle Dependability: Mo...

Most Reliable Luxury Crossover...

## Cars By Price

Under $15,000

$15,000 – $25,000

$25,000 – $35,000

$35,000 – $45,000

$45,000 – $55,000

$55,000 – $65,000

$65,000 – $75,000

Over $75.000

10 Most Popular Midsize Cars

2019 Vehicle Dependability: Mo...

© 2019 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association,
under license to J.D. Power.

Claim Number: 9958008 SCA File: 6850101



Description: Right Rear



Description: VIN



Claim Number: 9958008 SCA File: 6850101



Description: Right Front



Description: Odometer



Claim Number: 9958008 SCA File: 6850101



Description: Left Rear



Description: License Plate



Claim Number: 9958008 SCA File: 6850101



Description: Other



Description: Left Front



# SCA APPRAISAL COMPANY

# BK Evaluation Report

P.O. Box 1455, Burbank, CA  91507
(818) 845-7621 FAX (818) 953-9176

Date of Evaluation: 7/12/2019    Claim #: 9958008                SCA File#: 6850101

| | |
|---|---|
| **Vehicle Owner:** DOUGLAS  THOMPSON | |
| Appraised For: SANTANDER BANK | Adjuster: MARIANNE FAVORS |

**Year:** 2012 **Make:** BMW   **Model:** 750I    **Vin:** WBAKC6C57CC396  **Mileage:** 85079.   **Lic:** G23GEC **State:** BJ

**General Appearance of Car:**     Excellent ___     Good _X_     Fair ___     Poor ___
**General Appearance of Paint:**    Excellent ___     Good _X_     Fair ___     Poor ___
**Condition of Tires (%Worn)**   **LF** 10 ___   **RF** 10 ___   **LR** 10 ___   **RR** 10 ___   **Spare** 0 ___

**Car Equipped With:**

| | | | | | |
|---|---|---|---|---|---|
| X Power Steering | ___ Cloth Seats | ___ AM/FM Radio | X Air Cond | X Air Bags | X Tinted Glass |
| X Power Brakes | X Bucket Seats | X Auto Trans | X Cruise Cntrl | ___ Styled Steel | X Body Side |
| X Power Windows | X Leather Seats | ___ 4 speed Trans | X Sun Roof | ___ Aluminum | Moldings |
| X Power Locks | X AM/FM Cass | ___ 5 speed Trans | ___ Vinyl Top | X Alloy Wheels | ___ See Remark |
| X Power Seats | X CD Player | ___ Altered Vehicle | X Tilt Wheel | ___ Special Wheels | |

___ Additional Equipment not listed above:

| Dealer Name | | Comp Vehicle Mileage | Mileage +/- | Adjusted Value |
|---|---|---|---|---|
| **Comp # 1:** CARS OF NASHVILLE Phone 6292162557   **Asking Price:** 18995.00 | | 85600.0 | +521 | 18995.00 |
| **Comp # 2:** ICONIC  COACH17888 Phone 8589878071   **Asking Price:** 17888.0 | | 80605.0 | -4470.00 | 17888.00 |
| **Comp # 3:** CHEVROLET OF  WEST Phone 2548266083   **Asking Price:** 19992.00 | | 73185.0 | -11894.0 | 19992.00 |
| **NADA Retail Value (Adjusted for mileage and options)** | | | | 17025.00 |
| **Average of 3 Comparable vehicles and NADA value** | | | | 18958.00 |
| **Less Old Damage - Explain:** 18995.+17888.+ | | | | 0 |
| **Other Deductions - Explain:** | | | | 0 |
| **Sales Tax (If Applicable - Tax Rate:** 6.625 **%)** | | | | 1255.99 |
| **Actual Cash Value** | | | | 20214.33 |

## Remarks

Vehicle  is  in very good shape and  has been well maintained