UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48689
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services Inc., dba GM Financial

Order Filed on September 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DOUGLAS THOMPSON, JR.
WANDA THOMPSON

Case No.: 19-12879

Hearing Date: 8-14-19

Judge: Michael B. Kaplan

# ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO AMERICREDIT FINANCIAL SERVICES INC., DBA GM FINANCIAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Douglas and Wanda Thompson**
**19-12879(MBK)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to AmeriCredit Financial Services Inc., dba GM Financial**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services Inc., dba GM Financial, with the appearance of William Oliver, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to AmeriCredit Financial Services Inc., dba GM Financial:** The trustee shall pay AmeriCredit Financial Services Inc., dba GM Financial the sum of $7,579.00 over 60 months (being the vehicle value of $6,495.00 with interest at 6.25% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to AmeriCredit Financial Services Inc., dba GM Financial in the amount of $70 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to AmeriCredit Financial Services Inc., dba GM Financial commencing in March of 2019.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to AmeriCredit Financial Services Inc., dba GM Financial until all counsel fees have been paid and regular distributions begin to be made to AmeriCredit Financial Services Inc., dba GM Financial   If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to AmeriCredit Financial Services Inc., dba GM Financial until the remaining counsel fees have been paid.

5. **Lien retention:**  In accordance with 11 U.S.C. 1325 (a)(5)(B)(i)(I)(bb), AmeriCredit shall retain its lien on the 2012 Chrysler 200 vehicle until it is paid in full through the plan by the debtors, the debtors complete the plan and receive a discharge.