**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48689
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

**Order Filed on September 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
DOUGLAS THOMPSON, JR.
WANDA THOMPSON

Case No.: 19-12879

Hearing Date: 8-14-19

Judge: Micheal B. Kaplan

# ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Douglas and Wanda Thompson**
**19-12879(MBK)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to Santander Consumer USA Inc.**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of William Oliver, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Santander Consumer USA Inc.:**  The trustee shall pay Santander Consumer USA Inc. the sum of $22,12300 over 60 months (being the vehicle value of $18,958.00 with interest at 6.25% for 60 months).

2. **Adequate protection payments:**  The Chapter 13 Trustee shall make adequate protection payments to Santander Consumer USA Inc. in the amount of $189 per month.

3. **Commencement and frequency of adequate protection payments:**  Adequate protection payments shall be made monthly, each month to Santander Consumer USA Inc. commencing in March of 2019.

4. **Duration of adequate protection payments:**  Adequate protection payments shall be made monthly to Santander Consumer USA Inc. until all counsel fees have been paid and regular distributions begin to be made to Santander Consumer USA Inc.  If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Santander Consumer USA Inc. until the remaining counsel fees have been paid.

5. **Lien retention:**  In accordance with 11 U.S.C. 1325 (a)(5)(B)(i)(I)(bb), Santander shall retain its lien on the 2012 BMW 750 vehicle until it is paid in full through the plan by the debtors, the debtors complete the plan and receive a discharge.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 19-12879-MBK
Douglas Thompson, Jr.                                               Chapter 13
Wanda Thompson
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Sep 05, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db/jdb        +Douglas Thompson, Jr.,   Wanda Thompson,   1 Knox Blvd,   Neptune, NJ 07753-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc, dba GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Michael R. DuPont    on behalf of Creditor    Monmouth County Postal ECU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Wanda    Thompson bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Douglas    Thompson, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 9