UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DOUGLAS THOMPSON, JR. and WANDA THOMPSON,

Debtors

Case No.: 19-12879

Chapter: 13

Hearing Date: n/a

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: December 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____416.25_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____416.25_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_1,646\_\_\_\_\_ per month for \_\_\_50\_\_\_ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:   
Douglas Thompson, Jr.   
Wanda Thompson   
    Debtors

Case No. 19-12879-MBK   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 11, 2019   
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.   
db/jdb       +Douglas Thompson, Jr.,   Wanda Thompson,   1 Knox Blvd,   Neptune, NJ 07753-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****   
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:   
          Albert   Russo   docs@russotrustee.com   
          Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,   
           bkgroup@kmllawgroup.com   
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,   
           mortoncraigecf@gmail.com   
          John R. Morton, Jr.   on behalf of Creditor   AmeriCredit Financial Services, Inc, dba GM Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com   
          Michael R. DuPont   on behalf of Creditor   Monmouth County Postal ECU dupont@redbanklaw.com,   dana@redbanklaw.com   
          Rebecca Ann Solarz   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com   
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov   
          William H. Oliver, Jr.   on behalf of Joint Debtor Wanda  Thompson bkwoliver@aol.com,   R59915@notify.bestcase.com   
          William H. Oliver, Jr.   on behalf of Debtor Douglas  Thompson, Jr. bkwoliver@aol.com,   R59915@notify.bestcase.com   
      TOTAL: 9