Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12879−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Douglas Thompson Jr.                          Wanda Thompson
   1 Knox Blvd                                         1 Knox Blvd
   Neptune, NJ 07753                          Neptune, NJ 07753

Social Security No.:
   xxx−xx−0733                                     xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/11/20 at 09:00 AM

to consider and act upon the following:

*48* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/12/2020. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/13/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court