| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-12879 / MBK**

| | |
|---|---|
| Douglas Thompson, Jr. | Petition Filed Date: 02/12/2019 |
| Wanda Thompson | 341 Hearing Date: 03/14/2019 |
| | Confirmation Date: 09/11/2019 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2019 | $1,400.00 | 56510440 | 04/03/2019 | $1,400.00 | 57551180 | 05/06/2019 | $1,400.00 | 58387680 |
| 06/04/2019 | $1,400.00 | 59137020 | 07/08/2019 | $1,400.00 | 60018410 | 09/11/2019 | $1,400.00 | 61691660 |
| 10/21/2019 | $1,637.00 | 62664970 | | | | | | |

**Total Receipts for the Period: $10,037.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $10,037.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Douglas Thompson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,260.00 | $4,260.00 | $0.00 |
| 1 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,029.62 | $0.00 | $1,029.62 |
| 2 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,028.87 | $0.00 | $1,028.87 |
| 3 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $3,078.66 | $0.00 | $3,078.66 |
| 4 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $2,140.20 | $0.00 | $2,140.20 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 | Priority Crediors | $10,291.78 | $0.00 | $10,291.78 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $4,572.57 | $0.00 | $4,572.57 |
| 7 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $22,123.00 | $2,223.14 | $19,899.86 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,071.99 | $0.00 | $1,071.99 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $711.55 | $0.00 | $711.55 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $7,579.00 | $802.18 | $6,776.82 |
| 11 | ECMC | Unsecured Creditors | $1,999.28 | $0.00 | $1,999.28 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $6.96 | $0.00 | $6.96 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $5.07 | $0.00 | $5.07 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $71.17 | $0.00 | $71.17 |
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $65.41 | $0.00 | $65.41 |

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 16 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $448.70 | $0.00 | $448.70 |
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» CREDIT ONE | Unsecured Creditors | $951.74 | $0.00 | $951.74 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $14.20 | $0.00 | $14.20 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200/REPO FEES | Debt Secured by Vehicle | $460.00 | $18.51 | $441.49 |
| 20 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,153.14 | $0.00 | $3,153.14 |
| 21 | PNC BANK, NA<br>»» P/1 KNOX BLVD/1ST MTG/ORDER 8/22/2019 | Mortgage Arrears | $41,373.27 | $1,664.32 | $39,708.95 |
| 22 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $335.82 | $0.00 | $335.82 |
| 23 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,093.66 | $0.00 | $2,093.66 |
| 24 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,146.24 | $0.00 | $1,146.24 |
| 25 | NJ DIVISION OF TAXATION<br>»» AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 26 | NJ DIVISION OF TAXATION<br>»» AMD $0 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | DITECH FINANCIAL LLC.<br>»» P/1 KNOX BLVD/2ND MRTG/CRAM BAL | Unsecured Creditors | $49,270.33 | $0.00 | $49,270.33 |
| 28 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200/CRAM BAL | Unsecured Creditors | $10.63 | $0.00 | $10.63 |
| 29 | SANTANDER CONSUMER USA INC<br>»» 2012 BMW 7 SERIES/CRAM BAL | Unsecured Creditors | $5,662.98 | $0.00 | $5,662.98 |
| 30 | PNC BANK, NA<br>»» 1 KNOX BLVD/ORDER 12/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/11/19 | Attorney Fees | $416.25 | $0.00 | $416.25 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,037.00 | Plan Balance: | $86,641.00 ** |
| Paid to Claims: | $9,499.15 | Current Monthly Payment: | $1,646.00 |
| Paid to Trustee: | $537.85 | Arrearages: | $6,566.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $96,678.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.