**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: <u>Douglas Thompson, Jr.</u>                                    CASE NO.: 19-12879
<u>Wanda Thompson</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>NewRez LLC d/b/a</u><br><u>Shellpoint Mortgage Servicing</u><br>Name of Transferee | <u>Ditech Financial LLC</u><br>Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Court Claim # (if known): <u>25-1</u><br>Amount of Claim: <u>$49,270.33</u><br>Date Claim Filed: <u>4/23/2019</u> |
| Phone: <u>800-365-7107</u><br>Last Four Digits of Acct #:<u>3356</u> | Phone: <u>(877) 256-4871</u><br>Last Four Digits of Acct #:<u>3356</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Ashley Marie French</u>                                    Date: <u>May 1, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: <u>Douglas Thompson, Jr.</u>                                                              CASE NO.: 19-12879
<u>Wanda Thompson</u>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>May 4, 2020</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Douglas Thompson, Jr.
Wanda Thompson
1 Knox Blvd
Neptune, NJ 07753

And via electronic mail to:

William H. Oliver, Jr.
Oliver & Legg, LLC
2240 State Highway 33
Suite 112
Neptune, NJ 07753

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

**Robertson, Anschutz, Schneid & Crane LLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: <u>/s/ Shannon McDaniel</u>
Email: smcdaniel@rascrane.com