Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12879–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas Thompson Jr.
1 Knox Blvd
Neptune, NJ 07753

Wanda Thompson
1 Knox Blvd
Neptune, NJ 07753

Social Security No.:
xxx–xx–0733

xxx–xx–9368

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/26/20 at 09:00 AM

to consider and act upon the following:

*64* – Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 1 Knox Blvd, Neptune NJ 07753. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 43 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 08/7/2020. (Attachments: # 1 Exhibit A – Agreed Order # 2 Exhibit B – Certificate Re Post Petition History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/6/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court