Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12879−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Thompson Jr. | Wanda Thompson |
| 1 Knox Blvd | 1 Knox Blvd |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
   xxx−xx−0733                                            xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/26/20 at 09:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 1 Knox Blvd, Neptune NJ 07753. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 43 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 08/7/2020. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certificate Re Post Petition History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/6/20

                                                         Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12879-MBK
Douglas Thompson, Jr.                                                   Chapter 13
Wanda Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 06, 2020
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db/jdb          +Douglas Thompson, Jr.,   Wanda Thompson,   1 Knox Blvd,   Neptune, NJ 07753-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor   AmeriCredit Financial Services, Inc, dba GM
           Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Michael R. DuPont    on behalf of Creditor   Monmouth County Postal ECU dupont@redbanklaw.com,
           dana@redbanklaw.com
          Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Wanda  Thompson courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Douglas  Thompson, Jr. courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                               TOTAL: 10