UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Douglas Thompson & Wanda Thompson,

Debtors.

Case No.:     19-12879-MBK

Chapter:     13

Hearing Date:     8/26/2020

Judge:     Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Certification of Default (Docket # 64)

_____

Date: 8/19/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*