UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on November 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DOUGLAS THOMPSON, JR. and WANDA THOMPSON,

Debtors

| | |
|---|---|
| Case No.: | 19-12879 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: November 10, 2020**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____770_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____770_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,782_____ per month for ___27___ months to allow for payment of the aforesaid fee.