| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
Chapter 13 Case No. 19-12879 / MBK

Douglas Thompson, Jr.
Wanda Thompson

Petition Filed Date: 02/12/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2020 | $3,292.00 | 65687460 | 02/28/2020 | $1,646.00 | 65939310 | 03/11/2020 | $1,646.00 | 66326750 |
| 05/04/2020 | $1,739.00 | 67573920 | 06/02/2020 | $1,739.00 | 68348370 | 08/10/2020 | $5,250.00 | 69980920 |
| 10/05/2020 | $1,750.00 | 71350230 | 11/02/2020 | $1,750.00 | 71958320 | 11/30/2020 | $1,750.00 | 72656120 |
| 01/08/2021 | $1,784.00 | 73671380 | 02/23/2021 | $1,784.00 | 74709440 | | | |

**Total Receipts for the Period: $24,130.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,167.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas Thompson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,260.00 | $4,260.00 | $0.00 |
| 1 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,029.62 | $0.00 | $1,029.62 |
| 2 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,028.87 | $0.00 | $1,028.87 |
| 3 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $3,078.66 | $0.00 | $3,078.66 |
| 4 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $2,140.20 | $0.00 | $2,140.20 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 | Priority Crediors | $10,291.78 | $0.00 | $10,291.78 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $4,572.57 | $0.00 | $4,572.57 |
| 7 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $22,123.00 | $6,581.75 | $15,541.25 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,071.99 | $0.00 | $1,071.99 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $711.55 | $0.00 | $711.55 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $7,579.00 | $2,325.54 | $5,253.46 |
| 11 | ECMC | Unsecured Creditors | $1,999.28 | $0.00 | $1,999.28 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $6.96 | $0.00 | $6.96 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $5.07 | $0.00 | $5.07 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $71.17 | $0.00 | $71.17 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $65.41 | $0.00 | $65.41 |
| 16 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $448.70 | $0.00 | $448.70 |
| 17 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE | Unsecured Creditors | $951.74 | $0.00 | $951.74 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $14.20 | $0.00 | $14.20 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/REPO FEES | Debt Secured by Vehicle | $460.00 | $140.07 | $319.93 |
| 20 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,153.14 | $0.00 | $3,153.14 |
| 21 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST MTG/ORDER 8/22/2019 | Mortgage Arrears | $41,373.27 | $12,598.22 | $28,775.05 |
| 22 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $335.82 | $0.00 | $335.82 |
| 23 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,093.66 | $0.00 | $2,093.66 |
| 24 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,146.24 | $0.00 | $1,146.24 |
| 25 | NJ DIVISION OF TAXATION<br>»»  AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 26 | NJ DIVISION OF TAXATION<br>»»  AMD $0 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | NewRez LLC<br>»»  P/1 KNOX BLVD/2ND MRTG/CRAM BAL/CITIZENS | Unsecured Creditors | $49,270.33 | $0.00 | $49,270.33 |
| 28 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM BAL | Unsecured Creditors | $10.63 | $0.00 | $10.63 |
| 29 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM BAL | Unsecured Creditors | $5,662.98 | $0.00 | $5,662.98 |
| 30 | PNC BANK, NA<br>»»  1 KNOX BLVD/ORDER 12/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/11/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 5/21/20/AMD 7/10/20 | Attorney Fees | $421.25 | $421.25 | $0.00 |
| 31 | PNC BANK, NA<br>»»  1 KNOX BLVD/ATTY FEES 9/6/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 11/10/20 | Attorney Fees | $770.00 | $770.00 | $0.00 |

**Chapter 13 Case No. 19-12879 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,167.00 | Plan Balance: | $64,224.00 ** |
| Paid to Claims: | $28,394.08 | Current Monthly Payment: | $1,784.00 |
| Paid to Trustee: | $2,422.56 | Arrearages: | $34.00 |
| Funds on Hand: | $3,350.36 | Total Plan Base: | $98,391.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**