Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12879−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas Thompson Jr.
1 Knox Blvd
Neptune, NJ 07753

Wanda Thompson
1 Knox Blvd
Neptune, NJ 07753

Social Security No.:
xxx−xx−0733

xxx−xx−9368

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/1/21 at 09:00 AM

to consider and act upon the following:

*80* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/14/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 5/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court