Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12879–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Thompson Jr. | Wanda Thompson |
| 1 Knox Blvd | 1 Knox Blvd |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
   xxx–xx–0733                                           xxx–xx–9368

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 19, 2019.

On 06/07/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           July 14, 2021
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 8, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:   
Douglas Thompson, Jr.  
Wanda Thompson  
    Debtors

Case No. 19-12879-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 08, 2021      Form ID: 185      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal ECU, McKenna, DuPont, Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518023312 | + | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 518023313 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518023321 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518023320 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518023322 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 518141371 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518135022 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 518023333 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 518023334 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518023336 | | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 518023339 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 518023340 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 518023343 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518023344 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 518023345 | + | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 518023347 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 518822043 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518822044 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518023351 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518023350 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518056023 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518023353 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 518023352 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518023354 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518023357 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2021 21:07:00 | AmeriCredit Financial Services, Inc, dba GM |

Case 19-12879-MBK    Doc 96    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 185 | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 518023314 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 08 2021 21:08:00 | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518023316 | | Email/Text: ebn@americollect.com | Jun 08 2021 21:08:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 518023315 | | Email/Text: ebn@americollect.com | Jun 08 2021 21:08:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518077081 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2021 21:07:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518023318 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2021 21:07:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518023319 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2021 21:07:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518140968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 21:04:41 | Ashley Funding Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518023323 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:06:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518023324 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:04:32 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518067368 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 08 2021 21:04:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518023325 | + | Email/Text: mediamanagers@clientservices.com | Jun 08 2021 21:07:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 518023327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518023326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518023328 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2021 21:04:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518023329 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2021 21:06:05 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518023331 | | Email/Text: mrdiscen@discover.com | Jun 08 2021 21:07:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518023330 | + | Email/Text: mrdiscen@discover.com | Jun 08 2021 21:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518023337 | | Email/Text: reports@halstedfinancial.com | Jun 08 2021 21:07:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 518023338 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 21:07:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518023342 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2021 21:07:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518023341 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2021 21:07:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518185837 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 21:06:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518023346 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2021 21:08:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518144230 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2021 21:08:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |

| Recip ID | Bypass/Method | | Date | Name and Address |
|---|---|---|---|---|
| 518049029 | Email/Text: laura@redbanklaw.com | | Jun 08 2021 21:07:00 | Monmouth County Postal Employees Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518173712 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 08 2021 21:07:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518023348 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 08 2021 21:07:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518023349 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 08 2021 21:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518183160 | Email/Text: bnc-quantum@quantum3group.com | | Jun 08 2021 21:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518023355 | + Email/Text: bankruptcydepartment@tsico.com | | Jun 08 2021 21:08:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518023317 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 519073206 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518060551 | *+ | Santander Consumer USA Inc., POB 961245, Ft. Worth, TX 76161-0244 |
| 518023332 | ## | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 518200499 | ##+ | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518197795 | ##+ | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |
| 518023335 | ##+ | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4155 |
| 518023356 | ##+ | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |

TOTAL: 0 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services  Inc, dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Michael R. DuPont | on behalf of Creditor Monmouth County Postal ECU dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Douglas Thompson  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |

TOTAL: 10