UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on June 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Douglas Thompson Jr., Wanda Thompson

Debtors.

Case No.:  <u>19-12879 MBK</u>

Adv. No.:

Hearing Date:  6/1/2021 @ 9:00 a.m.

Judge:  <u>Michael B. Kaplan</u>

## ORDER RESOLVING CERTIFICATION OF DEFAULT

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 16, 2021**

_Michael B. Kaplan_

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors: Douglas Thompson Jr., Wanda Thompson
Case No:  19-12879 MBK
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 1 Knox Blvd, Neptune, NJ, 07753, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver Jr., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 3, 2021, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2021 through June 2021 with $34.46 in suspense for a total post-petition default of $10,651.03 (1 @ $2,072.77, 4 @ $2,153.18; less $34.46 suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $10,651.03 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2021, directly to Secured Creditor PNC Bank, N.A. 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees which is to be paid through Debtor's Chapter 13 plan and Certification is hereby resolved.