Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−12879−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Douglas Thompson Jr.                      Wanda Thompson
   1 Knox Blvd                                     1 Knox Blvd
   Neptune, NJ 07753                     Neptune, NJ 07753

Social Security No.:
   xxx−xx−0733                                xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 16, 2021.

Dated: July 16, 2021
JAN: kmm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Douglas Thompson, Jr.  
Wanda Thompson  
    Debtors

Case No. 19-12879-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jul 16, 2021      Form ID: plncf13      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal ECU, McKenna, DuPont, Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518023312 | + | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 518023313 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518023320 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518023321 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518023322 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 518141371 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518135022 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 518023333 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 518023334 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518023336 | | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 518023339 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 518023340 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 518023343 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518023344 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 518023345 | + | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 518023347 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 518822043 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518822044 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518023351 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518023350 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518056023 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518023353 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 518023352 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518023354 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518023357 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 16 2021 20:35:00 | AmeriCredit Financial Services, Inc, dba GM |

Case 19-12879-MBK   Doc 104   Filed 07/18/21   Entered 07/19/21 00:22:09   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: plncf13 | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 518023314 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 16 2021 20:35:00 | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518023316 | | Email/Text: ebn@americollect.com | Jul 16 2021 20:36:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 518023315 | | Email/Text: ebn@americollect.com | Jul 16 2021 20:36:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518077081 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 16 2021 20:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518023318 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 16 2021 20:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518023319 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 16 2021 20:35:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518140968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 20:41:55 | Ashley Funding Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518023323 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 16 2021 21:49:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518023324 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 16 2021 20:52:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518067368 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 16 2021 21:49:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518023325 | + | Email/Text: mediamanagers@clientservices.com | Jul 16 2021 20:35:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 518023327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 20:35:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518023326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 20:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518023328 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2021 20:42:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518023329 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2021 20:42:01 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518023331 | | Email/Text: mrdiscen@discover.com | Jul 16 2021 20:35:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518023330 | + | Email/Text: mrdiscen@discover.com | Jul 16 2021 20:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518023337 | | Email/Text: reports@halstedfinancial.com | Jul 16 2021 20:35:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 518023338 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2021 20:35:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518023342 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 20:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518023341 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518185837 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 20:41:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518023346 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 20:35:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518144230 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 20:35:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |

| Recip ID | | | | |
|---|---|---|---|---|
| 518049029 | Email/Text: laura@redbanklaw.com | | Jul 16 2021 20:35:00 | Monmouth County Postal Employees Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518173712 | Email/Text: Bankruptcy.Notices@pnc.com | | Jul 16 2021 20:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518023348 | Email/Text: Bankruptcy.Notices@pnc.com | | Jul 16 2021 20:35:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518023349 | Email/Text: Bankruptcy.Notices@pnc.com | | Jul 16 2021 20:35:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518183160 | Email/Text: bnc-quantum@quantum3group.com | | Jul 16 2021 20:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518023355 | + Email/Text: bankruptcydepartment@tsico.com | | Jul 16 2021 20:36:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518023317 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 519073206 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518060551 | *+ | Santander Consumer USA Inc., POB 961245, Ft. Worth, TX 76161-0244 |
| 518023332 | ## | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 518200499 | ##+ | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518197795 | ##+ | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |
| 518023335 | ##+ | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4155 |
| 518023356 | ##+ | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |

TOTAL: 0 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 16, 2021 | Form ID: plncf13 | Total Noticed: 61 |

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services  Inc, dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Michael R. DuPont
    on behalf of Creditor Monmouth County Postal ECU dupont@redbanklaw.com  john@redbanklaw.com

Rebecca Ann Solarz
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
    on behalf of Debtor Douglas Thompson  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

TOTAL: 10