# OLIVER & LEGG, LLC

Attorneys At Law
2240 Route 33, Suite 112
Neptune, NJ 07753
732-988-1500
FAX: 732-775-7404
E-Mail:  bkwoliver@aol.com

December 21, 2021

The Honorable Michael B. Kaplan
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

**RE:    THOMPSON, DOUGLAS, JR. & WANDA
Chapter 13 Bankruptcy – Case No.:  19-12879 (MBK)**

Your Honor:

In connection with the above-referenced Chapter 13 Bankruptcy, this office has filed an Application for Supplemental Chapter 13 Fees (Docket Entry #115).  We are withdrawing this filing since the incorrect documents were filed in this case.  We will re-file using the correct documents.

Respectfully submitted,
/s/ William H. Oliver, Jr.
WILLIAM H. OLIVER, JR.

WHO/gap