| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-12879 / MBK

Douglas Thompson, Jr.
Wanda Thompson

Petition Filed Date: 02/12/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2021 | $1,784.00 | 73671380 | 02/23/2021 | $1,784.00 | 74709440 | 06/03/2021 | $1,234.00 | 77185090 |
| 09/02/2021 | $1,380.00 | 79163260 | 12/06/2021 | $2,740.00 | 81285140 | 12/06/2021 | $1,369.00 | 81285240 |
| 01/28/2022 | $1,400.00 | | | | | | | |

**Total Receipts for the Period:  $11,691.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $42,290.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas Thompson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,260.00 | $4,260.00 | $0.00 |
| 1 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,029.62 | $0.00 | $1,029.62 |
| 2 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,028.87 | $0.00 | $1,028.87 |
| 3 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $3,078.66 | $0.00 | $3,078.66 |
| 4 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $2,140.20 | $0.00 | $2,140.20 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 | Priority Crediors | $10,291.78 | $0.00 | $10,291.78 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $4,572.57 | $0.00 | $4,572.57 |
| 7 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $22,123.00 | $8,964.44 | $13,158.56 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,071.99 | $0.00 | $1,071.99 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $711.55 | $0.00 | $711.55 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $7,579.00 | $3,167.64 | $4,411.36 |
| 11 | ECMC | Unsecured Creditors | $1,999.28 | $0.00 | $1,999.28 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $6.96 | $0.00 | $6.96 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $5.07 | $0.00 | $5.07 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $71.17 | $0.00 | $71.17 |
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $65.41 | $0.00 | $65.41 |

**Chapter 13 Case No. 19-12879 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $448.70 | $0.00 | $448.70 |
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» CREDIT ONE | Unsecured Creditors | $951.74 | $0.00 | $951.74 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $14.20 | $0.00 | $14.20 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200/REPO FEES | Debt Secured by Vehicle | $460.00 | $179.92 | $280.08 |
| 20 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,153.14 | $0.00 | $3,153.14 |
| 21 | PNC BANK, NA<br>»» P/1 KNOX BLVD/1ST MTG/ORDER 8/22/2019 | Mortgage Arrears | $41,373.27 | $16,182.50 | $25,190.77 |
| 22 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $335.82 | $0.00 | $335.82 |
| 23 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,093.66 | $0.00 | $2,093.66 |
| 24 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,146.24 | $0.00 | $1,146.24 |
| 25 | NJ DIVISION OF TAXATION<br>»» AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 26 | NJ DIVISION OF TAXATION<br>»» AMD $0 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | NewRez LLC<br>»» P/1 KNOX BLVD/2ND MRTG/CRAM BAL/CITIZENS | Unsecured Creditors | $49,270.33 | $0.00 | $49,270.33 |
| 28 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200/CRAM BAL | Unsecured Creditors | $10.63 | $0.00 | $10.63 |
| 29 | SANTANDER CONSUMER USA INC<br>»» 2012 BMW 7 SERIES/CRAM BAL | Unsecured Creditors | $5,662.98 | $0.00 | $5,662.98 |
| 30 | PNC BANK, NA<br>»» 1 KNOX BLVD/ORDER 12/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/11/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 5/21/20/AMD 7/10/20 | Attorney Fees | $421.25 | $421.25 | $0.00 |
| 31 | PNC BANK, NA<br>»» 1 KNOX BLVD/ATTY FEES 9/6/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 11/10/20 | Attorney Fees | $770.00 | $770.00 | $0.00 |
| 32 | PNC BANK, NA<br>»» 1 KNOX BLVD/PP ARREARS 6/16/21 | Mortgage Arrears | $10,651.00 | $655.46 | $9,995.54 |
| 33 | PNC BANK, NA<br>»» 1 KNOX BLVD/ATTY FEES 6/16/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 8/18/21 | Attorney Fees | $921.50 | $921.50 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/29/21 | Attorney Fees | $757.00 | $757.00 | $0.00 |
| 34 | PNC BANK, NA<br>»» 1 KNOX BLVD/PP ARREARS 2/1/22 | Mortgage Arrears | $8,605.90 | $0.00 | $8,605.90 |
| 35 | PNC BANK, NA<br>»» 1 KNOX BLVD/ATTY FEES 2/1/22 | Mortgage Arrears | $350.00 | $0.00 | $350.00 |

**Chapter 13 Case No. 19-12879 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,290.00 | Plan Balance: | $79,177.00 ** |
| Paid to Claims: | $37,926.96 | Current Monthly Payment: | $1,385.00 |
| Paid to Trustee: | $3,080.64 | Arrearages: | $1,370.00 |
| Funds on Hand: | $1,282.40 | Total Plan Base: | $121,467.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.