Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−12879−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas Thompson Jr.  
1 Knox Blvd  
Neptune, NJ 07753

Wanda Thompson  
1 Knox Blvd  
Neptune, NJ 07753

Social Security No.:
xxx−xx−0733

xxx−xx−9368

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/10/22 at 09:00 AM

to consider and act upon the following:

*129* – Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 1 Knox Blvd, Neptune NJ 07753. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 43 Order on Motion For Relief From Stay, 64 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 71 Order (Generic), 98 Order (Generic), 118 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 125 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 07/13/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 7/13/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court