UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:  _____

Judge:  _____

Chapter:  13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.


   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.


   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.


2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is available at ndc.org.

☐  Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐  Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _____                      _____
                                                   Debtor's Signature

Date: _____                      _____
                                                   Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*