| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-12879 / MBK**

Douglas Thompson, Jr.  
Wanda Thompson

Petition Filed Date: 02/12/2019  
341 Hearing Date: 03/14/2019  
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2022 | $1,400.00 | | 03/07/2022 | $1,400.00 | | 04/07/2022 | $1,400.00 | |
| 07/19/2022 | $2,800.00 | | 09/13/2022 | $1,500.00 | | 11/08/2022 | $835.00 | |
| 11/08/2022 | $4,000.00 | | 02/08/2023 | $70.00 | | 02/08/2023 | $900.00 | |
| 02/08/2023 | $8,700.00 | | 03/10/2023 | $2,500.00 | | 03/10/2023 | $2,400.00 | |

**Total Receipts for the Period: $27,905.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $68,795.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Douglas Thompson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,260.00 | $4,260.00 | $0.00 |
| 1 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,029.62 | $0.00 | $1,029.62 |
| 2 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,028.87 | $0.00 | $1,028.87 |
| 3 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $3,078.66 | $0.00 | $3,078.66 |
| 4 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $2,140.20 | $0.00 | $2,140.20 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2018 | Priority Crediors | $10,291.78 | $0.00 | $10,291.78 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2014 | Unsecured Creditors | $4,572.57 | $0.00 | $4,572.57 |
| 7 | SANTANDER CONSUMER USA INC<br>»» 2012 BMW 7 SERIES/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $22,123.00 | $10,258.48 | $11,864.52 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,071.99 | $0.00 | $1,071.99 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $711.55 | $0.00 | $711.55 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $7,579.00 | $3,601.46 | $3,977.54 |
| 11 | ECMC | Unsecured Creditors | $1,999.28 | $0.00 | $1,999.28 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $6.96 | $0.00 | $6.96 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $5.07 | $0.00 | $5.07 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $71.17 | $0.00 | $71.17 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $65.41 | $0.00 | $65.41 |
| 16 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $448.70 | $0.00 | $448.70 |
| 17 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE | Unsecured Creditors | $951.74 | $0.00 | $951.74 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $14.20 | $0.00 | $14.20 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/REPO FEES | Debt Secured by Vehicle | $460.00 | $195.82 | $264.18 |
| 20 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,153.14 | $0.00 | $3,153.14 |
| 21 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST MTG/ORDER 8/22/2019 | Mortgage Arrears | $41,373.27 | $18,659.80 | $22,713.47 |
| 22 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $335.82 | $0.00 | $335.82 |
| 23 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,093.66 | $0.00 | $2,093.66 |
| 24 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,146.24 | $0.00 | $1,146.24 |
| 25 | NJ DIVISION OF TAXATION<br>»»  AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 26 | NJ DIVISION OF TAXATION<br>»»  AMD $0 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | NewRez LLC<br>»»  P/1 KNOX BLVD/2ND MRTG/CRAM BAL/CITIZENS | Unsecured Creditors | $49,270.33 | $0.00 | $49,270.33 |
| 28 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM BAL | Unsecured Creditors | $10.63 | $0.00 | $10.63 |
| 29 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM BAL | Unsecured Creditors | $5,662.98 | $0.00 | $5,662.98 |
| 30 | PNC BANK, NA<br>»»  1 KNOX BLVD/ORDER 12/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/11/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 5/21/20/AMD 7/10/20 | Attorney Fees | $421.25 | $421.25 | $0.00 |
| 31 | PNC BANK, NA<br>»»  1 KNOX BLVD/ATTY FEES 9/6/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 11/10/20 | Attorney Fees | $770.00 | $770.00 | $0.00 |
| 32 | PNC BANK, NA<br>»»  1 KNOX BLVD/PP ARREARS 6/16/21 | Mortgage Arrears | $10,651.00 | $1,638.43 | $9,012.57 |
| 33 | PNC BANK, NA<br>»»  1 KNOX BLVD/ATTY FEES 6/16/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 8/18/21 | Attorney Fees | $921.50 | $921.50 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/29/21 | Attorney Fees | $757.00 | $757.00 | $0.00 |
| 34 | PNC BANK, NA<br>»»  1 KNOX BLVD/PP ARREARS 2/1/22 | Mortgage Arrears | $8,605.90 | $846.32 | $7,759.58 |
| 35 | PNC BANK, NA<br>»»  1 KNOX BLVD/ATTY FEES 2/1/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 36 | PNC BANK, NA<br>»»  1 KNOX BLVD. / ORDER 10/5/2022 | Ongoing Mortgage | $0.00 | $2,509.37 | $0.00 |
| 37 | PNC BANK, NA<br>»»  1 KNOX BLVD. / ORDER 10/5/2022 | Mortgage Arrears | $5,018.74 | $1,374.01 | $3,644.73 |

**Chapter 13 Case No. 19-12879 / MBK**

| 38 | PNC BANK, NA | Mortgage Arrears | $350.00 | $0.00 | $350.00 |
|---|---|---|---|---|---|
|  | »» ATTY FEES PER ORDER 10/5/2022 | | | | |
| 39 | PNC BANK, NA | Mortgage Arrears | $10,288.12 | $0.00 | $10,288.12 |
|  | »» 1 KNOX BLVD. / ORDER 10/5/2022 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $68,795.00 | Plan Balance: | $178,830.00 ** |
| Paid to Claims: | $48,210.69 | Current Monthly Payment: | $4,835.00 |
| Paid to Trustee: | $5,074.19 | Arrearages: | $9,605.00 |
| Funds on Hand: | $15,510.12 | Total Plan Base: | $247,625.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.