Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−12879−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas Thompson Jr.  
1 Knox Blvd  
Neptune, NJ 07753  

Wanda Thompson  
1 Knox Blvd  
Neptune, NJ 07753  

Social Security No.:
xxx−xx−0733                                           xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       5/10/23
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Robert Cameron Legg, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured creditors under the plan.

☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 13, 2023
JAN:

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas Thompson, Jr.  
Wanda Thompson  
    Debtors

Case No. 19-12879-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Apr 13, 2023     Form ID: 137     Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Thompson, Jr., 1 Knox Blvd, Neptune, NJ 07753-3626 |
| jdb | + | Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal ECU, McKenna, DuPont, Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| 518023313 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518023322 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 518023333 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 518023336 | | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 518023339 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 518023340 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 518023345 | + | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 518023347 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 518023354 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518023357 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 13 2023 20:56:00 | AmeriCredit Financial Services, Inc, dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 20:56:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518023312 | + | Email/Text: bncnotifications@pheaa.org | Apr 13 2023 20:56:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 518023314 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 13 2023 20:56:00 | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518023316 | | Email/Text: ebn@americollect.com | Apr 13 2023 20:56:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 518023315 | | Email/Text: ebn@americollect.com | Apr 13 2023 20:56:00 | Americollect, Po Box 1566, 1851 South Alverno |

Case 19-12879-MBK  Doc 143  Filed 04/15/23  Entered 04/16/23 00:16:22  Desc
Imaged Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 63 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Road, Manitowoc, WI 54221 |
| 518077081 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 13 2023 20:56:00 | | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518023318 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 13 2023 20:56:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518023319 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 13 2023 20:56:00 | | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518140968 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 13 2023 20:55:43 | | Ashley Funding Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518023320 | + | Email/Text: BarclaysBankDelaware@tsico.com Apr 13 2023 20:56:00 | | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518023321 | + | Email/Text: BarclaysBankDelaware@tsico.com Apr 13 2023 20:56:00 | | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518023323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Apr 13 2023 20:55:15 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518023324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Apr 13 2023 20:55:14 | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518067368 | + | Email/PDF: ebn_ais@aisinfo.com Apr 13 2023 21:05:52 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518141371 | | Email/PDF: bncnotices@becket-lee.com Apr 13 2023 21:05:55 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023325 | + | Email/Text: mediamanagers@clientservices.com Apr 13 2023 20:55:00 | | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 518023327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 13 2023 20:56:00 | | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518023326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 13 2023 20:56:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518023328 | + | Email/PDF: creditonebknotifications@resurgent.com Apr 13 2023 20:55:21 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518023329 | + | Email/PDF: creditonebknotifications@resurgent.com Apr 13 2023 21:05:51 | | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518023331 | | Email/Text: mrdiscen@discover.com Apr 13 2023 20:55:00 | | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518023330 | + | Email/Text: mrdiscen@discover.com Apr 13 2023 20:55:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518197795 | + | Email/Text: mtgbk@shellpointmtg.com Apr 13 2023 20:56:00 | | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |
| 518135022 | | Email/Text: ECMCBKNotices@ecmc.org Apr 13 2023 20:56:00 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 518023334 | ^ | MEBN Apr 13 2023 20:51:35 | | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518023337 | | Email/Text: reports@halstedfinancial.com Apr 13 2023 20:56:00 | | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 518023338 | | Email/Text: sbse.cio.bnc.mail@irs.gov Apr 13 2023 20:56:00 | | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518023342 | + | Email/Text: PBNCNotifications@peritusservices.com Apr 13 2023 20:56:00 | | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518023341 | + | Email/Text: PBNCNotifications@peritusservices.com Apr 13 2023 20:56:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |

Case 19-12879-MBK    Doc 143    Filed 04/15/23    Entered 04/16/23 00:16:22    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 63 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518023343 | | Email/Text: govtaudits@labcorp.com | Apr 13 2023 20:56:00 | LCA Collections, PO Box 2240, Burlington, NC 27216 |
| 518185837 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 21:05:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518023344 | + | Email/Text: BKNotice@ldvlaw.com | Apr 13 2023 20:56:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 518023346 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2023 20:56:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518144230 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2023 20:56:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518049029 | | Email/Text: laura@redbanklaw.com | Apr 13 2023 20:55:00 | Monmouth County Postal Employees Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518822043 | | Email/Text: mtgbk@shellpointmtg.com | Apr 13 2023 20:56:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518822044 | | Email/Text: mtgbk@shellpointmtg.com | Apr 13 2023 20:56:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518173712 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 20:56:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518023348 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 20:56:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518023349 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 20:56:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518183160 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 20:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518023351 | + | Email/Text: clientservices@remexinc.com | Apr 13 2023 20:56:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518023350 | + | Email/Text: clientservices@remexinc.com | Apr 13 2023 20:56:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518056023 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 20:56:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518023352 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 20:56:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518023353 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 20:56:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 518023355 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 13 2023 20:57:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518023317 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 519073206 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518060551 | *+ | Santander Consumer USA Inc., POB 961245, Ft. Worth, TX 76161-0244 |
| 518023332 | ## | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 518200499 | ##+ | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

Case 19-12879-MBK    Doc 143    Filed 04/15/23    Entered 04/16/23 00:16:22    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 63 |

| 518023335 | ##+ | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4155 |
| 518023356 | ##+ | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |

TOTAL: 0 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc, dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Michael R. DuPont | on behalf of Creditor Monmouth County Postal ECU dupont@redbanklaw.com lori@redbanklaw.com |
| Robert Cameron Legg | on behalf of Debtor Douglas Thompson Jr. courtdocs@oliverandlegg.com |
| Robert Cameron Legg | on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9