| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Douglas Thompson, Jr.<br>Wanda Thompson<br><br><br>Debtor(s) | Case No.: 19-12879 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/8/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/8/2023                                                                                        /s/  Anita Travea

                                                                                                                    Anita Travea

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Douglas Thompson, Jr.<br>Wanda Thompson<br>1 Knox Blvd<br>Neptune, NJ   07753 | Debtor(s) | Regular Mail |
| Robert Cameron Legg, Esq.<br>Oliver & Legg LLC<br>2240 Highway 33<br>Suite 112<br>Neptune,  NJ   07753 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |