Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12879−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Thompson Jr. | Wanda Thompson |
| 1 Knox Blvd | 1 Knox Blvd |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
    xxx−xx−0733                              xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/13/23 at 09:00 AM

to consider and act upon the following:

*151* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/22/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/14/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court