| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-12879 / MBK**

Douglas Thompson, Jr.
Wanda Thompson

Petition Filed Date: 02/12/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 09/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/08/2023 | $70.00 | | 02/08/2023 | $900.00 | | 02/08/2023 | $8,700.00 | |
| 03/10/2023 | $2,500.00 | | 03/10/2023 | $2,400.00 | | 05/23/2023 | $4,870.00 | |
| 06/22/2023 | $4,880.00 | 861893717 | 09/19/2023 | $19,425.00 | 457577824 | 12/18/2023 | $3,300.00 | |
| 12/18/2023 | $1,600.00 | | 01/03/2024 | $9,800.00 | 458252500 | | | |

**Total Receipts for the Period: $58,445.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $112,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Douglas Thompson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,260.00 | $4,260.00 | $0.00 |
| 1 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,029.62 | $0.00 | $1,029.62 |
| 2 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,028.87 | $0.00 | $1,028.87 |
| 3 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $3,078.66 | $0.00 | $3,078.66 |
| 4 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $2,140.20 | $0.00 | $2,140.20 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 | Priority Creditors | $10,291.78 | $0.00 | $10,291.78 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $4,572.57 | $0.00 | $4,572.57 |
| 7 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $22,123.00 | $11,392.48 | $10,730.52 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,071.99 | $0.00 | $1,071.99 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $711.55 | $0.00 | $711.55 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM/ORDER 9/3/2019 | Debt Secured by Vehicle | $7,579.00 | $4,021.46 | $3,557.54 |
| 11 | ECMC | Unsecured Creditors | $1,607.91 | $0.00 | $1,607.91 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $6.96 | $0.00 | $6.96 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $5.07 | $0.00 | $5.07 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $71.17 | $0.00 | $71.17 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $65.41 | $0.00 | $65.41 |
| 16 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $448.70 | $0.00 | $448.70 |
| 17 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE | Unsecured Creditors | $951.74 | $0.00 | $951.74 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $14.20 | $0.00 | $14.20 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/REPO FEES | Debt Secured by Vehicle | $460.00 | $251.28 | $208.72 |
| 20 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,153.14 | $0.00 | $3,153.14 |
| 21 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST MTG/ORDER 8/22/2019 | Mortgage Arrears | $41,373.27 | $22,600.22 | $18,773.05 |
| 22 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $335.82 | $0.00 | $335.82 |
| 23 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $2,093.66 | $0.00 | $2,093.66 |
| 24 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $1,146.24 | $0.00 | $1,146.24 |
| 25 | NJ DIVISION OF TAXATION<br>»»  TGI 2015;2017 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 26 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | NewRez LLC<br>»»  P/1 KNOX BLVD/2ND MTG/CRAM BAL | Unsecured Creditors | $49,270.33 | $0.00 | $49,270.33 |
| 28 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHRYSLER 200/CRAM BAL | Unsecured Creditors | $10.63 | $0.00 | $10.63 |
| 29 | SANTANDER CONSUMER USA INC<br>»»  2012 BMW 7 SERIES/CRAM BAL | Unsecured Creditors | $5,662.98 | $0.00 | $5,662.98 |
| 30 | PNC BANK, NA<br>»» P/1 KNOX BLVD/1ST MTG/ATTY FEES ORDER 12/2/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/11/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 5/21/20/AMD 7/10/20 | Attorney Fees | $421.25 | $421.25 | $0.00 |
| 31 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST MTG/ATTY FEES ORDER 9/6/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 11/10/20 | Attorney Fees | $770.00 | $770.00 | $0.00 |
| 32 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/PP ARREARS ORDER 6/16/21 | Mortgage Arrears | $10,651.03 | $3,201.97 | $7,449.06 |
| 33 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST MTG/ATTY FEES ORDER 6/16/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 8/18/21 | Attorney Fees | $921.50 | $921.50 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/29/21 | Attorney Fees | $757.00 | $757.00 | $0.00 |
| 34 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST TMG/PP ARREARS ORDE 2/1/22 | Mortgage Arrears | $8,605.90 | $2,192.48 | $6,413.42 |
| 35 | PNC BANK, NA<br>»»  P/1 KNOX BLVD/1ST MTG/ATTY FEES ORDER 2/1/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22/ORDER 5/11/23 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 36 | PNC BANK, NA<br>»»  1 KNOX BLVD. / ORDER 10/5/2022 | Ongoing Mortgage | $0.00 | $29,654.76 | $0.00 |

**Chapter 13 Case No. 19-12879 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 37 | PNC BANK, NA<br>»» 1 KNOX BLVD. / ORDER 10/5/2022 | Mortgage Arrears | $5,018.74 | $5,018.74 | $0.00 |
| 38 | PNC BANK, NA<br>»» ATTY FEES PER ORDER 10/5/2022 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 39 | PNC BANK, NA<br>»» 1 KNOX BLVD. / ORDER 10/5/2022 | Mortgage Arrears | $10,288.12 | $1,784.82 | $8,503.30 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $112,670.00 | Plan Balance: | $136,288.00 ** |
| Paid to Claims: | $90,795.21 | Current Monthly Payment: | $4,876.00 |
| Paid to Trustee: | $8,394.89 | Arrearages: | $4,803.00 |
| Funds on Hand: | $13,479.90 | Total Plan Base: | $248,958.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit [www.TFSBillPay.com](www.TFSBillPay.com) for more information.

View your case information online for *FREE*!  Register today at [www.ndc.org](www.ndc.org) or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**