| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey | **Order Filed on July 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888 | |
| Standing Chapter 13 Trustee | Case No.:  19-1289 MBK |
| In Re: | Hearing Date: 7/11/24 |
|     DOUGLAS THOMPSON, JR | Judge Michael B. Kaplan |
|     WANDA THOMPSON | Chapter 13 |
|         Debtor(s) | |

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS**

The relief set forth on the following page is **ORDERED.**

**DATED: July 24, 2024**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss for plan arrears; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $ 127,345.00  paid to date

- Debtors shall remit to the Trustee, a lump sum payment of $20,000.00 to cure plan arrears through July, 2024, no later than July 31, 2024.

- Debtors shall resume regular plan payments to the Trustee in the amount of $4,914.00 per month for 19 months, beginning August 1, 2024.

- If the Debtors fail to make the lump sum payment of $20,000 to the Trustee by July 31, 2024, Debtors shall file a Modified Plan within 7 days to sell the property located at 1 Knox Boulevard, Neptune, NJ.

- If the Debtors fail to remit to the Trustee regular plan payments beginning August 1, 2024, for a period of more than 15 days after the due date, Debtors shall file a Modified Plan within 7 days to sell the property located at 1 Knox Boulevard, Neptune, NJ.

- If the Debtors fail to comply with the terms of this Order, the Trustee shall submit an Application and Order to the Court, upon notice to the Debtors and Debtors' Counsel, with an Order Dismissing Case.