

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey | **Order Filed on July 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | Case No.: 19-1289 MBK |
| In Re:<br><br>    DOUGLAS THOMPSON, JR<br><br>    WANDA THOMPSON<br><br>            Debtor(s) | Hearing Date: 7/11/24<br><br>Judge Michael B. Kaplan<br><br>Chapter 13 |

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page is **ORDERED.**

**DATED: July 24, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss for plan arrears; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $ 127,345.00  paid to date

- Debtors shall remit to the Trustee, a lump sum payment of $20,000.00 to cure plan arrears through July, 2024, no later than July 31, 2024.

- Debtors shall resume regular plan payments to the Trustee in the amount of $4,914.00 per month for 19 months, beginning August 1, 2024.

- If the Debtors fail to make the lump sum payment of $20,000 to the Trustee by July 31, 2024, Debtors shall file a Modified Plan within 7 days to sell the property located at 1 Knox Boulevard, Neptune, NJ.

- If the Debtors fail to remit to the Trustee regular plan payments beginning August 1, 2024, for a period of more than 15 days after the due date, Debtors shall file a Modified Plan within 7 days to sell the property located at 1 Knox Boulevard, Neptune, NJ.

- If the Debtors fail to comply with the terms of this Order, the Trustee shall submit an Application and Order to the Court, upon notice to the Debtors and Debtors' Counsel, with an Order Dismissing Case.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12879-MBK
Douglas Thompson, Jr.  Chapter 13
Wanda Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jul 24, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

**Recip ID      Recipient Name and Address**
db/jdb          + Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services Inc, dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Michael R. DuPont

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Monmouth County Postal ECU dupont@redbanklaw.com  lori@redbanklaw.com

Robert Cameron Legg

on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg

on behalf of Debtor Douglas Thompson  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9