| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**  | |
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorneys for Debtor<br>courtdocs@oliverandlegg.com | Order Filed on January 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Douglas Thompson, Jr.<br>Wanda Thompson<br><br>                                Debtors | Case No.: 19-12879<br><br>Chapter: 13<br><br>Hearing Date: January 29, 2025 @ 2pm<br><br>Judge:  MBK |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED.**

**DATED: January 29, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $1,300.00 for services rendered. The allowance is payable through the Chapter 13 Plan as an administrative priority.

**FURTHUR ORDERED** the trustee payment shall disburse funds on hand to satisfy the total fee of $1,300.00.